RECEIVED

AUG 2 6 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

SHELLY LANDRY-BELL

CIVIL ACTION NO.

**CV05-1526 S**

VERSUS

JUDGE
MAGISTRATE-JUDGE

**JUDGE STAGG**

VARIOUS INC. and ZACH WILHELM        JURY REQUESTED

**MAG JUDGE HORNSBY**

## COMPLAINT

NOW INTO COURT, through undersigned counsel, comes Shelly Landry-Bell, a major domiciliary of Shreveport, Louisiana, who respectfully prays for judgment of this Honorable Court against defendants, jointly, severally and in solido, as follows:

### PLAINTIFF

1.

Plaintiff is a major domiciliary of Shreveport, Louisiana, and a victim of repeated false web site postings by defendants.

### DEFENDANTS

2.

Made Defendants herein are:

[a] Various Inc., a California corporation, which operates various web sites, over the internet, and which are made available for interactive entry and display in Louisiana, which include but are not limited to:

www.adultfriendfinder.com, www.dating-review.co.uk, www.passion.com, www.alt.com, www.koreanfriendfinder.com,

[1]

and www.seniorfriendfiner.com; and

[b]  Zach Wilhelm, believed to be a California domiciliary and United States military personnel, believed to be stationed at Ramstein Air Force Base in Germany, but who has access to the internet.

Various Inc., is deemed to reside in this judicial district as it is a corporation which is subject to personal jurisdiction in this district at the time this action is commenced.

## JURISDICTION OF THE COURT

### 3.

Plaintiff respectfully asserts that this Honorable Court has jurisdiction in this case as the matter in controversy exceeds $75,000.00, exclusive of costs and interest and the parties to these proceedings are citizens of different states. 28 U.S.C. 1332. Plaintiff also asserts actions under states' laws which may be brought within the supplemental jurisdiction of this Court and Plaintiff respectfully requests that this Honorable Court exercise supplemental jurisdiction over said claims. 28 U.S.C. 1367.

## REQUEST FOR TRIAL BY JURY

### 4.

Plaintiff requests a trial by jury.

## REQUEST FOR EXEMPLARY/PUNITIVE DAMAGES

### 5.

Plaintiff respectfully requests that this Honorable Court

instruct the jury, as the trier of facts, that in addition to actual or compensatory damages, punitive or exemplary damages may be awarded against the Defendants by law.

## REQUEST FOR COSTS OF LITIGATION AND ATTORNEYS' FEES

6.

Plaintiff respectfully requests that this Honorable Court award plaintiff her litigation expenses and other costs of litigation and reasonable attorneys' fees may be awarded by law.

## GENERAL FACTUAL BASIS

7.

Prior to marrying her husband, plaintiff dated defendant Wilhelm for a short period of time.

8.

Petitioner terminated that relationship much to Wilhelm's dismay.

9.

Wilhelm proceeded to harass plaintiff for some period of time.

10.

Plaintiff has never posted her personal information or picture[s] to any of the web sites operated by defendant, Various Inc.

11.

Plaintiff recently received a phone call from a male asking her about her purported adult content-based ad posting on www.adultfriendfinder.com.

[3]

12.

Petitioner was shocked, angered and dismayed to learn that an entire section of false information was displayed by defendant Various Inc., about her and displayed her former married name "Shelly Hand," by which she is still widely known, in connection with the postings and a user name. The display made many false statements about her. The display contained her real picture[s] [clothed] but the site display suggested that petitioner would engage in lewd and obscene acts of perversion. Petitioner has learned that similar postings have been made to numerous web sites operated by defendant, Various Inc.

13.

Plaintiff's privacy has been invaded and petitioner asserts and believes that defendants improperly posted false information about her and republished that false information on to third parties, including persons who petitioner would not seek to have any contact.

14.

Defendant Wilhelm has historically harassed petitioner and her husband and petitioner has reason to believe that Wilhelm is be involved in this matter.

15.

Defendants have invaded plaintiff's privacy by placing her in a false light through public disclosures.

16.

Plaintiff, directly and via counsel, contacted defendant

Various Inc. and inquired about how petitioner's picture and name appeared in the offensive web sites operated by Various Inc., however anticipated defendant has refused to provide any information about the display.

17.

Defendant Wilhelm intentionally created fake internet email addresses and web pages depicting plaintiff's clothed picture, along with cropped naked pictures of unknown woman, together with text suggesting that plaintiff, located in Shreveport, sought sexual encounters with men and women.

18.

Wilhelm further generated numerous web advertisements through Various Inc., in which he also took plaintiff's clothed picture, along with cropped naked pictures of unknown woman, together with text suggesting that plaintiff, located in Shreveport, sought sexual encounters with men and women.

19.

Plaintiff never posed naked for photographs.

20.

Wilhelm has intentionally and maliciously invaded plaintiff's privacy, defamed her, inflicted emotional distress and anguish upon plaintiff, and harmed plaintiff through his intentional torts.

21.

Defendant Various Inc. failed to identify persons responsible for posting the false information about her to the

web site; failed to maintain a reasonable or adequate authentication procedure; failed to obtain the true identities and e-mail addresses of persons who have viewed the offensive postings; and further invaded plaintiff's privacy and libeled plaintiff in its continuous republications of the offensive material.

22.

Defendant Various Inc. had no reason to believe that plaintiff sought to create or post any content to any of its web sites.

23.

Defendant Various Inc., is a publisher of obscene material and deficiencies in its screening procedures cause false and highly defamatory posting to be included in its web sites.

24.

According to its web sites, Various Inc., maintains editorial control and the right to edit or remove any postings made to its sites.

25.

Defendants are liable for each and every republication of the false and defamatory information displayed about plaintiff.

26.

Defendant Various Inc., maintains custody and garde over its computerized web site and online presence, and is strictly liable for the content in its web site, which it chose to publish about plaintiff.

27.

Various Inc. operates a highly interactive web site and it publishes pornographic material.

28.

The above and foregoing actions, inactions and fault of defendants have proximately caused a wide variety of damages to plaintiff including but not limited to out-of-pocket expenses, illness, sickness, pain and suffering, embarrassment, inconvenience, aggravation, frustration, emotional distress, mental anguish, fear of personal safety and security, and plaintiff further seeks recovery of punitive/exemplary damages, attorneys' fees, and court costs, together with legal interest until paid.

WHEREFORE PLAINTIFF, SHELLY LANDRY-BELL, PRAYS that after all due proceedings be had there be judgment herein in favor of Plaintiff and against Defendants, as follows:

1)   That there be Judgment in favor of SHELLY LANDRY-BELL and against VARIOUS INC. and ZACH WILHELM, jointly, severally, and in solido, for all reasonable damages sustained by Plaintiff including but not limited to out-of-pocket expenses, illness, sickness, pain and suffering, embarrassment, inconvenience, aggravation, frustration, emotional distress, mental anguish, fear of personal safety and security, and plaintiff further seeks recovery of

punitive/exemplary damages, attorneys' fees, and
court costs, together with legal interest until
paid. thereon from date of judicial demand until
paid; and

2)     That this Honorable Court order VARIOUS INC. to
remove all text and photos of or concerning
plaintiff from its web sites.

FURTHER, Prays for all such additional, general and
equitable relief as may be necessary and proper in the premises.

Respectfully submitted,

**Bodenheimer, Jones, Szwak &
Winchell, LLP**

By: _____
**David A. Szwak, La.BR #21157,
TA**
401 Market Street, Ste. 240
American Tower
Shreveport, Louisiana 71101
(318)  424-1400
FAX  424-1476
www.bjswlaw.com
**Counsel for Plaintiff**

[8]