# United States District Court

_____ WESTERN _____    DISTRICT OF _____ LOUISIANA _____

SHELLY LANDRY-BELL

v.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

CV05-1526-S

VARIOUS, INC., AND ZACH WILHELM

U. S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

SEP 0 8 2005

ROBERT H. SHEMWELL, CLERK
BY_____
          DEPUTY

TO: (Name and Address of Defendant)

ZACH WILHELM

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

David A. Szwak, Bodenheimer, Jones, Szwak & Winchell, LLP, 401 Market Street, Ste. 240, Shreveport, Louisiana 71101, 318-424-1400, fax 318-424-1476

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

ROBERT H. SHEMWELL, CLERK

CLERK

BY DEPUTY CLERK

DATE    Sept. 8, 2005

# United States District Court

__WESTERN_____ DISTRICT OF _____ LOUISIANA

SHELLY LANDRY-BELL

**SUMMONS IN A CIVIL ACTION**

V.

CASE NUMBER:

*CV-05-1526-S*

VARIOUS, INC.. AND ZACH WILHELM

U. S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

SEP 0 8 2005

ROBERT H. SHEMWELL, CLERK
BY_____
DEPUTY

TO: (Name and Address of Defendant)

VARIOUS, INC.
C/O ITS REGISTERED AGENT FOR SERVICE OF PROCESS
ANDREW B. CONRU
445 SHERMAN AVENUE, SUITE T
PALO ALTO, CALIFORNIA   94306

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

David A. Szwak, Bodenheimer, Jones, Szwak & Winchell, LLP, 401 Market Street, Ste.
240, Shreveport, Louisiana 71101, 318-424-1400, fax 318-424-1476

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of
this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken
against you for the relief demanded in the complaint.

ROBERT H. SHEMWELL, CLERK

CLERK

BY DEPUTY CLERK

*Sept. 8, 2005*
DATE