RECEIVED
SEP 2 8 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

*Order*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
_SHREVEPORT_____ DIVISION

SHELLY LANDRY-BELL
_____

VERSUS

VARIOUS, INC. and ZACH WILHELM

CASE NO. CV05-1526 S
_____

JUDGE STAGG_____

MAGISTRATE HORNSBY_____


PETITION FOR ADMISSION PRO HAC VICE


In accordance with the Uniform Local Rules for the United States District
Court, Western District of Louisiana, application is made to be admitted pro hac
vice to the bar of this court for the purpose of appearing on behalf of
_VARIOUS, INC._____ in the above described action. I am ineligible to become
a member of this court, but I am a member in good standing of the bar of the
United States District Court for the District of California_____ or the bar of
the California Supreme_____ court, which is the highest court of such state.
Attached hereto is a certificate of good standing from such court, and payment
of the applicable fee of $25.00, made payable to "Clerk, U.S. District Court."
There have been no disciplinary proceedings or criminal charges instituted
against me. Also, in accordance with the Uniform Local Rules for the United
States District Court, Western District of Louisiana, Bennett L. Politz_____ of the
firm of Booth Lockard Politz & LeSage LLC_____ is appointed as local counsel.


Respectfully submitted,

_____
Signature of applying attorney

_____
Signature of Local Counsel

PLEASE TYPE OR PRINT LEGIBLY:

Name: Ira P. Rothken_____

Firm: Rothken Law Firm_____

Address: 1050 Northgate Drive, Ste 520
San Rafael, CA 94903_____

Telephone: (415) 924-4250_____

Fax: (415) 924-2905_____

LOCAL COUNSEL INFORMATION

Name: Bennett L. Politz_____

Firm: Booth Lockard Politz & LeSage LLC

Address: 920 Pierremont Road, Suite 103
P. O. Drawer 1092, Shreveport, LA 71163

Telephone: (318) 222-2333_____

Fax: (318) 221-1035_____

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing petition for admission pro hac vice has this date been forwarded to all known counsel of record by placing a copy of same in the United States mail, postage prepaid and properly addressed.

Dated: September 28, 2005

Bennett L. Politz (LSBA Bar No. 10573)
Booth Lockard Politz & LeSage LLC
920 Pierremont Road, Suite 103
P. O. Drawer 1092
Shreveport, LA 71163
(318) 222-2333
(318) 221-1035 (fax)
email: blp@blpld.com