

THE STATE BAR OF CALIFORNIA

180 HOWARD STREET
SAN FRANCISCO, CALIFORNIA 94105-1639
TELEPHONE (415) 538-2000

September 27, 2005

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, IRA PERRY ROTHKEN was admitted to the practice of law in this state by the Supreme Court of California on November 23, 1992; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

*[signature]*

Waffa N. Salfiti
Custodian of Membership Records