UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
___SHREVEPORT___ DIVISION

SHELLY LANDRY-BELL                    CASE NO. CV05-1526 S
        VERSUS                         JUDGE STAGG
VARIOUS, INC. and ZACH WILHELM         MAGISTRATE HORNSBY

O R D E R

IT IS ORDERED that ___Ira P. Rothken___ be and is hereby admitted to the bar of this Court pro hac vice on behalf of ___VARIOUS, INC.___ in the above described action.

THUS DONE AND SIGNED at _____, Louisiana, on this the ____ day of _____, _____.

_____
U. S. DISTRICT/MAGISTRATE JUDGE