RECEIVED
SEP 2 8 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| SHELLY LANDRY-BELL, | Civil Action No. CV05-1526 S |
| Plaintiff, | Judge Stagg<br>Magistrate Judge Hornsby |
| vs. | **MOTION TO DISMISS**<br>**[Fed.R.Civ.P. 12(b)(6)]** |
| VARIOUS, INC. and ZACH WILHELM, | |
| Defendants. | |

## MOTION TO DISMISS

Defendant Various, Inc., through undersigned counsel hereby, hereby moves to dismiss plaintiff's Complaint, and all claims contained within it, for failure to state a claim upon which relief can be granted, pursuant to Federal Rule of Procedure 12(b)(6).

In support of its Motion to Dismiss, defendant Various, Inc. relies upon this Motion, the attached Memorandum In Support, the filings in this case, and such evidence and argument as may be adduced at hearing on the matter.

Dated: September 27, 2005

Ira P. Rothken (T.A. - *Pro Hac Vice,* Cal. Bar 160029)
Attorney for Defendant Various, Inc.

Ira P. Rothken (T.A. - *Pro Hac Vice,* Cal. Bar 160029)
ROTHKEN LAW FIRM
1050 Northgate Drive, Suite 520
San Rafael, CA 94903
Tel: (415) 924-4250
Fax: (415) 924-2905
Email: ira@techfirm.com

Local Counsel:
Bennett L. Politz (LSBA Bar No. 10573)
Booth Lockard Politz & LeSage LLC
920 Pierremont Road, Suite 103
P. O. Drawer 1092
Shreveport, LA 71163
(318) 222-2333
(318) 221-1035 (fax)
email: blp@blpld.com

1