# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

SHELLY LANDRY-BELL

                              CIVIL ACTION NO. 5:05CV1526

VERSUS                      JUDGE STAGG

                              MAG. JUDGE HORNSBY

VARIOUS, INC., ET AL

## NOTICE OF DEFICIENT DOCUMENT

**NOTICE TO FILER:**

The Motion to Dismiss filed on September 28, 2005 by Various, Inc. was DEFICIENT for the following reason(s):

✓    The document was signed by an attorney not admitted to practice before this court. Please refer to LR 83.2.6W for eligibility and admission requirements. If your admission cannot be accomplished within ten days, you may provide a new signature page signed by a member of the bar of this court. **Please see also LR11.1W**.

✓    This document (Memorandum in Support) does not have a proper caption. **For future reference**, please refer to Fed.R.Civ.P. 10(a) regarding captions to ensure compliance.

**Please return this notice and only the necessary corrected papers to the undersigned docket clerk at the address given below within 10 days from the date of this notice or the document may be stricken by the court. PLEASE ENTITLE THE SUBMISSION, "CORRECTIVE DOCUMENT."** Please note that all filing deadlines previously set remain in effect. Issuance of this deficiency does not amount to an extension of any deadline.

For questions regarding this document or transmission, please call our CM/ECF help desk at 1-866-323-1101.

**Please return your "corrective document" to: Clerk, U. S. District Court, ATTN: Corey Whidden, 800 Lafayette St., Ste. 2100, Lafayette, LA 70501**

Lafayette, Louisiana, September 30, 2005.

                                                                         ROBERT H. SHEMWELL
                                                                         CLERK OF COURT

Dockets.Justia.com