**RECEIVED**
SEP 29 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
__SHREVEPORT__   DIVISION

**SHELLY LANDRY-BELL**              CASE NO. **CV05-1526 S**
         VERSUS                     JUDGE **STAGG**
**VARIOUS, INC. and ZACH WILHELM**   MAGISTRATE **HORNSBY**

O R D E R

IT IS ORDERED that ___Ira P. Rothken___ be and is hereby admitted to the bar of this Court pro hac vice on behalf of ___VARIOUS, INC.___ in the above described action.

THUS DONE AND SIGNED at _Shrvpwt_, Louisiana, on this the _29_ day of _Sept_, _2005_.

_____
U. S. ~~DISTRICT~~/MAGISTRATE JUDGE