RECEIVED
OCT 03 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| SHELLY LANDRY-BELL, | Civil Action No. CV05-1526 S |
| Plaintiff, | Judge Stagg<br>Magistrate Judge Hornsby |
| vs. | **MOTION TO DISMISS**<br>[Fed.R.Civ.P. 12(b)(6)] |
| VARIOUS, INC. and ZACH WILHELM, | |
| Defendants. | |

### MOTION TO DISMISS

Defendant Various, Inc., through undersigned counsel hereby, hereby moves to dismiss plaintiff's Complaint, and all claims contained within it, for failure to state a claim upon which relief can be granted, pursuant to Federal Rule of Procedure 12(b)(6).

In support of its Motion to Dismiss, defendant Various, Inc. relies upon this Motion, the attached Memorandum In Support, the filings in this case, and such evidence and argument as may be adduced at hearing on the matter.

Dated: September 27, 2005

Bennett L. Politz (LSBA Bar No. 10573)
Attorney for Defendant Various, Inc.

Ira P. Rothken (T.A. - *Pro Hac Vice,* Cal. Bar 160029)
ROTHKEN LAW FIRM
1050 Northgate Drive, Suite 520
San Rafael, CA 94903
Tel: (415) 924-4250
Fax: (415) 924-2905
Email: ira@techfirm.com

Local Counsel:
Bennett L. Politz (LSBA Bar No. 10573)
Booth Lockard Politz & LeSage LLC
920 Pierremont Road, Suite 103
P. O. Drawer 1092
Shreveport, LA 71163
(318) 222-2333
(318) 221-1035 (fax)
email: blp@blpld.com

Case 5:05-cv-01526-TS-MLH   Document 5   Filed 09/30/2005   Page 1 of 1

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## SHREVEPORT DIVISION

SHELLY LANDRY-BELL                    CIVIL ACTION NO. 5:05CV1526

VERSUS                                JUDGE STAGG
                                      MAG. JUDGE HORNSBY

VARIOUS, INC., ET AL

### NOTICE OF DEFICIENT DOCUMENT

**NOTICE TO FILER:**

The Motion to Dismiss filed on September 28, 2005 by Various, Inc. was DEFICIENT for the following reason(s):

✓   The document was signed by an attorney not admitted to practice before this court. Please refer to LR 83.2.6W for eligibility and admission requirements. If your admission cannot be accomplished within ten days, you may provide a new signature page signed by a member of the bar of this court. **Please see also LR11.1W.**

✓   This document (Memorandum in Support) does not have a proper caption. For future reference, please refer to Fed.R.Civ.P. 10(a) regarding captions to ensure compliance.

Please return this <u>notice</u> and only the <u>necessary corrected papers</u> to the undersigned docket clerk at the <u>address given below within 10 days</u> from the date of this notice or the document may be stricken by the court. **PLEASE ENTITLE THE SUBMISSION, "CORRECTIVE DOCUMENT."** Please note that all filing deadlines previously set remain in effect. Issuance of this deficiency does not amount to an extension of any deadline.

For questions regarding this document or transmission, please call our CM/ECF help desk at 1-866-323-1101.

Please return your "corrective document" to: Clerk, U. S. District Court, ATTN: Corey Whidden, 800 Lafayette St., Ste. 2100, Lafayette, LA 70501

Lafayette, Louisiana, September 30, 2005.

                                      ROBERT H. SHEMWELL
                                      CLERK OF COURT