**RECEIVED**
OCT 03 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| SHELLY LANDRY-BELL, | Civil Action No. CV05-1526 S |
| Plaintiff, | Judge Stagg<br>Magistrate Judge Hornsby |
| vs. | **CORRECTIVE DOCUMENT re MOTION TO DISMISS, [Fed.R.Civ.P. 12(b)(6)]** |
| VARIOUS, INC. and ZACH WILHELM, | |
| Defendants. | |