## IV. Conclusion

Plaintiff's claims against Various, Inc. are barred by provisions of the Communications Decency Act, 47 U.S.C., § 230. Plaintiff can state no viable claim against Various. The Complaint should be dismissed, without leave to amend.

Dated: September 27, 2005

_Bennett L. Politz_
Bennett L. Politz (LSBA Bar No. 10573)
Attorney for Defendant Various, Inc.

Ira P. Rothken (T.A. - *Pro Hac Vice,* Cal. Bar 160029)
ROTHKEN LAW FIRM
1050 Northgate Drive, Suite 520
San Rafael, CA 94903
Tel: (415) 924-4250
Fax: (415) 924-2905
Email: ira@techfirm.com

Local Counsel:
Bennett L. Politz (LSBA Bar No. 10573)
Booth Lockard Politz & LeSage LLC
920 Pierremont Road, Suite 103
P. O. Drawer 1092
Shreveport, LA 71163
(318) 222-2333
(318) 221-1035 (fax)
email: blp@blpld.com