UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

DIVISION SHREVEPORT

<u>NOTICE OF MANUAL ATTACHMENT</u>

CASE# 05-1526

SHELLY LANDRY-BELL

    VS.

VARIOUS INC, ET AL

ATTACHMENTS TO:

    DESCRIPTION:    OPPOSITION TO MOTION TO DISMISS

    FILED BY:    SHELLY LANDRY-BELL

    FILE DATE:    10/17/05

ARE LOCATED IN THE CLERK'S OFFICE OF THE PRESIDING JUDGE