RECEIVED

DEC 0 2 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

order

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

SHELLY LANDRY-BELL,

                Plaintiff,

VERSUS                                CIVIL ACTION NO. CV 05-1526-S

VARIOUS INC., ET AL.,                JURY DEMANDED
                Defendants,        JUDGE STAGG

MOTION FOR ENLARGEMENT OF TIME TO
EFFECT SERVICE OF SUMMONS AND COMPLAINT
UPON DEFENDANT, ZACH WILHELM

      NOW INTO COURT, through undersigned counsel, comes Plaintiff who respectfully requests an enlargement of time to effect service of summons and complaint upon defendant, Zach Wilhelm, as follows:

1.

      Complaint was filed on August 26, 2005. Service was attempted upon Zach Wilhelm but Wilhelm is elusive and is actively avoiding service of process. Co-defendant, Various, Inc., was served with Summons and Complaint and has filed responsive pleadings.

2.

      Under the Local Rules, ninety (90) days is allowed for initial service in lieu of 120 days under Fed. R. Civ. Proc. 4(m).


**3.**

Plaintiff has engaged private investigators to locate and serve Zach Wilhelm and process servers in an effort to effect service but, to date, Zach Wilhelm has not been properly served.

**4.**

Plaintiff respectfully seeks an additional thirty (30) days, from the entry of ruling on this motion to effect service of Summons and Complaint upon Zach Wilhelm.

**5.**

Good cause exists. Plaintiff has not been dilatory. It was initially believed that Zach Wilhelm was stationed abroad on Ramstein AFB in Germany. It has since been learned that he lives in California. Efforts in California have, thus far, been thwarted as Wilhelm is actively avoiding service. Various, Inc., will suffer no prejudice from the granting of this motion.

WHEREFORE PLAINTIFF PRAYS that this motion be granted and the relief sought be ordered accordingly.

Respectfully submitted:

BODENHEIMER, JONES, SZWAK & WINCHELL

By: _____
DAVID A. SZWAK, LBRN: 21157, TA
American Tower
401 Market Street, Ste. 240
Shreveport, LA 71101
Telephone: 318-424-1400
Telecopier: 318-424-1476

COUNSEL FOR PLAINTIFF

## CERTIFICATE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been mailed, by first class mail, properly addressed, with prepaid postage affixed, to opposing counsel of record, on this the 30 day of November, 2005.


Ira Rothken, Esq.,
Rothken Law Firm
1050 Northgate Drive, Ste. 520
San Rafael, CA 94903

Ben Politz, Esq.
Booth, Lockard, Politz & LeSage, L.L.C.
P.O. Drawer 1092
Shreveport, LA 71163

_____
DAVID A. SZWAK