UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

SHELLY LANDRY-BELL,

                Plaintiff,

VERSUS                                      CIVIL ACTION NO. CV 05-1526-S

VARIOUS INC., ET AL.,                      JURY DEMANDED
                Defendants,                JUDGE STAGG

## ORDER

CONSIDERING THE FOREGOING MOTION:

IT IS HEREBY ORDERED THAT Plaintiff's motion for enlargement of time to effect service of summons and complaint upon Zach Wilhelm is GRANTED and Plaintiff is permitted until _____, 200___, to effect service of summons and complaint upon Defendant, Zach Wilhelm.

Shreveport, Louisiana this the _____ day of _____, 2005.

                                                                _____
                                                                     JUDGE