# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

SHELLY LANDRY-BELL

                              CIVIL ACTION NO. 5:05CV1526

VERSUS                                 JUDGE STAGG
                              MAG. JUDGE HORNSBY

VARIOUS INC, ET AL

## NOTICE OF DEFICIENT DOCUMENT

**NOTICE TO FILER:**

The Motion For Enlargement of time to Effect Service Upon Defendant Zach Wilhelm filed on December 2, 2005 by Shelly Landry-Bell was DEFICIENT for the following reason(s):

✓    You do not indicate whether opposing counsel consent to the granting of this ex parte motion. Please refer to LR7.4.1W, 7.6W, or 7.9W for specific instructions regarding statements of consent.

The motion cannot be referred to chambers until this deficiency is corrected.

**Please return this <u>notice</u> and only the <u>necessary corrected papers</u> to the undersigned docket clerk at the <u>address given below within 10 days</u> from the date of this notice or the document may be stricken by the court. PLEASE ENTITLE THE SUBMISSION, "CORRECTIVE DOCUMENT."** Please note that all filing deadlines previously set remain in effect. Issuance of this deficiency does not amount to an extension of any deadline.

For questions regarding this document or transmission, please call our CM/ECF help desk at 1-866-323-1101.

**Please return your "corrective document" to: Clerk, U. S. District Court, ATTN: Amanda Brown , 300 Fannin St., Ste. 1167, Shreveport, LA 71101**

Shreveport, Louisiana, December 2, 2005.

                                                          ROBERT H. SHEMWELL
                                                          CLERK OF COURT