RECEIVED
DEC 0 8 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

UNITED STATES DISTRICT COURT
IN AND FOR THE WESTERN DISTRICT OF LOUISIANA
Shreveport Division

SHELLY LANDRY-BELL,

    Plaintiff,

Versus

    Civil Action No.
    CV05-1526-S

VARIOUS INC., ET AL,

    **JURY DEMANDED**
    Defendants.  JUDGE STAGG

## CORRECTIVE DOCUMENT - CERTIFICATE OF CONFERENCE REGARDING MOTION FOR EXTENSION OF TIME TO SERVE ZACH WILHELM

    I HEREBY CERTIFY that I conferred with Honorable Ben Politz, counsel for Various, Inc., on December 5, 2005, and that he has no opposition to this motion. Submitted this date, December 7, 2005.

                                      **DAVID A. SZWAK**
                                      **Counsel for Plaintiff**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

SHELLY LANDRY-BELL

VERSUS

VARIOUS INC, ET AL

CIVIL ACTION NO. 5:05CV1526
JUDGE STAGG
MAG. JUDGE HORNSBY

## NOTICE OF DEFICIENT DOCUMENT

**NOTICE TO FILER:**

The Motion For Enlargement of time to Effect Service Upon Defendant Zach Wilhelm filed on December 2, 2005 by Shelly Landry-Bell was DEFICIENT for the following reason(s):

✓   You do not indicate whether opposing counsel consent to the granting of this ex parte motion. Please refer to LR7.4.1W, 7.6W, or 7.9W for specific instructions regarding statements of consent.

The motion cannot be referred to chambers until this deficiency is corrected.

**Please return this <u>notice</u> and only the <u>necessary corrected papers</u> to the undersigned docket clerk at the <u>address given below within 10 days</u> from the date of this notice or the document may be stricken by the court. <u>PLEASE ENTITLE THE SUBMISSION, "CORRECTIVE DOCUMENT."</u>** Please note that all filing deadlines previously set remain in effect. Issuance of this deficiency does not amount to an extension of any deadline.

For questions regarding this document or transmission, please call our CM/ECF help desk at 1-866-323-1101.

**Please return your "corrective document" to: Clerk, U. S. District Court, ATTN: Amanda Brown, 300 Fannin St., Ste. 1167, Shreveport, LA 71101**

Shreveport, Louisiana, December 2, 2005.

ROBERT H. SHEMWELL
CLERK OF COURT