RECEIVED
DEC 0 9 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

SHELLY LANDRY-BELL,

    Plaintiff,

VERSUS

CIVIL ACTION NO. CV 05-1526-S

VARIOUS INC., ET AL.,

    Defendants,

JURY DEMANDED
JUDGE STAGG

## ORDER

CONSIDERING THE FOREGOING MOTION:

IT IS HEREBY ORDERED THAT Plaintiff's motion for enlargement of time to effect service of summons and complaint upon Zach Wilhelm is GRANTED and Plaintiff is permitted until January 9, 2006, to effect service of summons and complaint upon Defendant, Zach Wilhelm.

Shreveport, Louisiana this the 9th day of December, 2005.

mag. JUDGE