5:05-1526

AD 440 (Rev. 1/90) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | Friday, Dec. 30, 2005 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| DAVID E. HUTCHINSON | PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: JOSEPH WILHELM @ 4734 Rt 9 Hudson, NY 12534

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __1/30/05__          _David E. Hutchinson_
              Date                Signature of Server

PO BoP 4873, Clifton Park, NY 12065
Address of Server

## RECEIVED

JAN 0 5 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA



[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Dockets.Justia.com

AO 440 (Rev 1/90) Summons in a Civil Action

# United States District Court

WESTERN _____ DISTRICT OF _____ LOUISIANA

SHELLY LANDRY-BELL

## SUMMONS IN A CIVIL ACTION

V.

CASE NUMBER:

CV-05-1526-S

VARIOUS, INC., AND ZACH WILHELM

TO: (Name and Address of Defendant)

ZACH WILHELM

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

David A. Szwak, Bodenheimer, Jones, Szwak & Winchell, LLP, 401 Market Street, Ste. 240, Shreveport, Louisiana 71101, 318-424-1400, fax 318-424-1476

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

_____ H. SHEMWELL, CLERK

Sept. 8, 2005

CLERK                                              DATE