UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

SHELLY LANDRY-BELL

VERSUS

VARIOUS INC, ET AL

CIVIL ACTION NO. 5:05CV1526
JUDGE STAGG
MAG. JUDGE HORNSBY

NOTICE OF DEFICIENT DOCUMENT

**NOTICE TO FILER:**

The Objection to Report and Recommendation filed on January 11, 2006 by Shelly Landry-Bell was DEFICIENT for the following reason(s):

✓   A table of contents is required for a brief which exceeds ten pages. Please see LR7.8W for specific requirements regarding table of contents.

**Please return this notice and only the necessary corrected papers to the undersigned docket clerk at the address given below within 10 days from the date of this notice or the document may be stricken by the court. PLEASE ENTITLE THE SUBMISSION, "CORRECTIVE DOCUMENT."** Please note that all filing deadlines previously set remain in effect. Issuance of this deficiency does not amount to an extension of any deadline.

For questions regarding this document or transmission, please call our CM/ECF. help desk at 1-866-323-1101.

**Please return your "corrective document" to: Clerk, U. S. District Court, ATTN: Amanda Brown , 300 Fannin St., Ste. 1167, Shreveport, LA 71101**

Shreveport, Louisiana, January 12, 2006.

ROBERT H. SHEMWELL
CLERK OF COURT