RECEIVED
JAN 24 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

UNITED STATES DISTRICT COURT
IN AND FOR THE WESTERN DISTRICT OF LOUISIANA
Shreveport Division

SHELLY LANDRY-BELL,

        Plaintiff,

Versus                             Civil Action No.
                                      CV05-1526-S
                                      JUDGE STAGG
VARIOUS INC., ET AL,              **JURY DEMANDED**
        Defendants.           MAGISTRATE-JUDGE HORNSBY

**TABLE OF AUTHORITIES FOR PLAINTIFF'S
MEMO IN SUPPORT OF OBJECTION TO REPORT AND RECOMMENDATION
OF MAGISTRATE-JUDGE AND IN OPPOSITION TO
MOTION TO DISMISS FILED BY VARIOUS, INC.**

# TABLE OF AUTHORITIES

Page[s]

CASE LAW:

Ambling v. Blackstone Cattle Co.,
    658 F.Supp. 1459 (U.S.D.C. N.D. Ill. 1987)................................................................ 13

Ascon Properties, Inc. v. Mobil Oil Co.,
    866 F.2d 1149, 1155 (9th Cir. 1989).......................................................................... 12

Bower v. Casanave,
    44 F.Supp. 501 (U.S.D.C. N.Y. 1941)........................................................................ 14

Carafano v. Metrosplash.com Inc.,
    207 F.Supp.2d 1055, 1066-1067 [U.S.D.C. C.D. Cal. 2002],
    affirmed, 339 F.3d 1119 [9th Cir. (Cal.) 2003]....................................................... 5-6,8,11

Carafano v. Metrosplash.com Inc.,
    339 F.3d 1119 [9th Cir. (Cal.) 2003]........................................................................ 1,8

Cubby, Inc. v. CompuServe Inc.,
    776 F.Supp. 135 (S.D. N.Y.1991)............................................................................... 9

Curacao Trading Co. v. Fed. Ins. Co.,
    3 F.R.D. 203 (U.S.D.C. N.Y. 1942)........................................................................... 14

Dann v. Studebaker-Packard Corp.,
    288 F.2d 201 (6th Cir. 1961)..................................................................................... 15

Doe v. America Online, Inc.,
    (Fla.2001) 783 So.2d 1010, 1018 (dis. opn. of Lewis, J.)........................................... 10

Gentry v. eBay, Inc.,
    99 Cal.App.4th at page 833, footnote 10, 121 Cal.Rptr.2d 703 ............................. 10

Ghebreslassie v. Coleman Secur. Svc.,
    829 F.2d 892 (9th Cir. 1987)..................................................................................... 14

Grace v. eBay Inc.,
    16 Cal.Rptr.3d 192 [Cal. App. 2 Dist. 2004].................................................. 10

Hostrop v. Board of Junior College District No. 1,
    523 F.2d 569 (7th Cir. 1975), cert. denied,
    425 U.S. 963, 48 L.Ed.2d 208, 96 S.Ct. 1748 (1975)....................................... 13

Hrubec v. Nat. R. Pass. Corp.,
    981 F.2d 962 (7th Cir. 1992)........................................................................... 13

Janke Construction Co. v. Vulcan Materials Co.,
    527 F.2d 772 (7th Cir. 1974)...................................................................... 13-14

Kaiser Aluminum & Chemical Sales, Inc. v. Avondale Shipyards,
    677 F.2d 1045, 1050 (5th Cir. 1982)............................................................... 14

Kathleen R. v. City of Livermore,
    (2001) 87 Cal.App.4th 684, 695, footnote 3, 104 Cal.Rptr.2d 772................... 10

Lumbermans Mut. Cas. Co. v. Norris Grain Co.,
    343 F.2d 670 (8th Cir. 1965)........................................................................... 14

Maynard v. General Electric Company,
    486 F.2d 538 (4th Cir. 1973)........................................................................... 13

MCW, Inc. v. Badbusinessbureau.com,
    2004 WestLaw 833595 (U.S.D.C. N.D. Tex. April 19, 2004)..................... 10-11

Miree v. Dekalb County, Georgia,
    433 U.S. 25, 97 S.Ct. 2490 (1977).................................................................. 15

Neizil v. Williams,
    543 F.Supp. 899 (U.S.D.C. M.D. Fla. 1982).................................................. 13

Neitzke v. Williams,
    490 U.S. 319, 109 S.Ct. 1827, 1833 (1989).................................................... 14

Optinrealbig.com, LLC v. Ironport Sys., Inc.,
    323 F.Supp.2d 1037, 1045 (U.S.D.C. N.D. Cal. 2004) .......................................... 5

Osmond v. EWAP, Inc.,
    153 Cal.App.3d 842, 853, 200 Cal.Rptr. 674 (1984) ........................................... 9

Roskowski v. Corvallis Police Officers' Assn.,
    Not Reported in F.Supp.2d, 2005 WestLaw 555398 [U.S.D.C. Ore. 2005] ......... 11

Scheuer v. Rhodes,
    416 U.S. 232, 94 S.Ct. 1683 (1974) ..................................................................... 15

Stanley v. Harper Buffing Machine Co.,
    28 F.R.D. 579 (U.S.D.C. Conn. 1961) ................................................................. 13

Stratton Oakmont,
    1995 WestLaw 323710 ......................................................................................... 10

Ward v Hudnall,
    366 F.2d 247 (5th Cir. 1966) ................................................................................ 14

Yamaguchi v. United States Dept. of the Air Force,
    109 F.3d 1475 [9th Cir. 1997] [Ha.] ..................................................................... 12

Zeran v. America Online, Inc.,
    129 F.3d 327, 330 (4th Cir.1997) ......................................................................... 5,10

STATUTORY LAW:

Fed. R. Civ. P. 8 ............................................................................................................. 14
Fed. R. Civ. P. 8[a] ........................................................................................................ 12-13
Fed. R. Civ. P. 8[e] ........................................................................................................ 13
Fed. R. Civ. P. 8[f] ........................................................................................................ 12
Fed. R. Civ. P. 10 ........................................................................................................... 13
Fed. R. Civ. P. 12(b)(6) ................................................................................................. 14

47 U.S.C. 230 ................................................................................................................. 2,5
47 U.S.C. §230[b] .......................................................................................................... 10

47 U.S.C. §230[c] .................................................................................... 1,11
47 U.S.C. 230(c)(1) ................................................................................. 7,10
47 U.S.C. 230(c)(2) ................................................................................. 7
47 U.S.C. 230(f)(2) ................................................................................. 5
47 U.S.C. 230(f)(3) ................................................................................. 5,7

PERSUASIVE AUTHORITIES:

Restatement (Second) Torts §581 ........................................................... 8

Note, Immunizing Internet Service Providers from Third-Party Internet Defamation Claims: How Far Should Courts Go?
    (2002) 55 Vand. L.Rev. 647, 683-685 ................................................. 10

Freiwald, Comparative Institutional Analysis in Cyberspace: the Case of Intermediary Liability for Defamation,
    (2001) 14 Harv. J.L. & Tech. 569, 616-623) ........................................ 10