RECEIVED
FEB 23 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

UNITED STATES DISTRICT COURT
IN AND FOR THE WESTERN DISTRICT OF LOUISIANA
Shreveport Division

SHELLY LANDRY-BELL,

       Plaintiff,

Versus         Civil Action No.
              CV05-1526-S

VARIOUS INC., ET AL,     **JURY DEMANDED**
      Defendants.  JUDGE STAGG

### PLAINTIFF'S COUNSEL'S NOTICE OF CHANGE IN CONTACT INFORMATION

  NOW INTO COURT, comes undersigned counsel, attorneys for SHELLY LANDRY-BELL, plaintiff, who respectfully notifies the court and counsel of a change of address and contact information, as follows:

1.

  Plaintiff's counsel's firm moved office buildings as of Friday, October 17. Undersigned counsel is now as follows:

**DAVID A. SZWAK**, LBR# 21157, TA
**BODENHEIMER, JONES & SZWAK**
P.O. Box 1015
509 Market Street, 7th Floor
United Mercantile Building
Shreveport, Louisiana 71163
[318] 221-6444
[318] 221-6555
www.bjswlaw.com.

ROBERT H. SHEMWELL
CLERK
2006 FEB 23 A 3:56
FILED
WESTERN DISTRICT
OF LOUISIANA

Page -1-

Respectfully submitted,

**BODENHEIMER, JONES & SZWAK**

By: _____
DAVID A. SZWAK, LBR# 21157, TA
P.O. Box 1015
509 Market Street, 7th Floor
Shreveport, Louisiana 71163
[318] 221-6444
[318] 221-6555
www.bjswlaw.com
**ATTORNEY FOR PLAINTIFF**

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon all counsel by placing a copy of same in the United States Mail, properly addressed and first class postage pre-paid or hand delivery on this the __23__ day of __February__ 2006.

_____
OF COUNSEL