UNITED STATES DISTRICT COURT
IN AND FOR THE WESTERN DISTRICT OF LOUISIANA
Shreveport Division

SHELLY LANDRY-BELL,

        Plaintiff,

Versus

VARIOUS INC., ET AL,

        Defendants.

Civil Action No.
CV05-1526-S
**JURY DEMANDED**
JUDGE STAGG
MAGISTRATE-JUDGE HORNSBY

CONSIDERING THE FOREGOING MOTION AND MEMO IN SUPPORT AND ANY OPPOSITION THERETO AND THE RECORD AND LAW:

    IT IS HEREBY ORDERED THAT Plaintiff's Motion to Strike Answer and Defenses Filed by Various, Inc., is hereby GRANTED and Various, Inc.'s Answer to Plaintiff's Complaint is stricken and Various, Inc., is ordered to re-plead its Answer in conformity with the opinion of this Honorable Court.

    Shreveport, Louisiana, this the _____ day of _____, 2006.

_____
J U D G E