

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### SHREVEPORT DIVISION

SHELLY LANDRY-BELL

             CIVIL ACTION NO.  5:06CV1526

VERSUS            JUDGE STAGG

              MAG. JUDGE HORNSBY

VARIOUS INC

## *CORRECTED* NOTICE OF MOTION(S) SETTING(S)

  The motion **to strike** Answers and Defenses to Complaint **(Document No. 26)** filed by ***Shelly Landry-Bell*** on **March 7, 2006** will be submitted to the Honorable Mark L. Hornsby on the April 17, 2006, Motion Day at Shreveport, Louisiana.  A written ruling will be issued in due course.

  Any party who opposes the motion may file a **memorandum in opposition** within 15 calendar days from the date of this notice.  The movant may file a **reply** memorandum, without leave of court, within seven (7) business days after the memorandum in opposition is filed.  LR 7.8W governs the length of the memoranda.

  A COURTESY COPY OF ALL MEMORANDA MUST BE DELIVERED TO CHAMBERS PROMPTLY AFTER FILING.  The mailing address is 300 Fannin St., Suite 4300, Shreveport, LA 71101.

  It is the policy of the Court to decide motions on the basis of the record without oral argument.  Accordingly, responses and briefs should fully address all pertinent issues.  Should the Court feel oral argument is necessary, all parties will be notified.

  If the parties resolve any matters raised in this motion, the moving party should immediately notify Magistrate Judge Hornsby at 318/676-3265.

  THUS DONE  March 7, 2006.

              ROBERT H. SHEMWELL
              CLERK OF COURT

COPY SENT
DATE:   March 7, 2006
BY:    ab
TO:    MLH