RECEIVED

MAY 0 4 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

SHELLY LANDRY-BELL

versus

VARIOUS, INC., ET AL.

CIVIL ACTION NO. 05-1526

JUDGE STAGG

MAGISTRATE JUDGE HORNSBY

## O R D E R

Pursuant to F.R.C.P. 16, a Scheduling Conference will be held in my chambers on **Wednesday, June 28, 2006**, at **2:30 p.m.**

IT IS ORDERED that the attorneys shall meet, in person or by telephone, no later than June 7, 2006 to develop a case management report and discuss the issues listed in F.R.C.P. 26(f).

By **June 21,  2006**, the parties must (1) *file* the **case management report** in the format shown on the attached form and (2) *exchange* the **initial disclosures** required by F.R.C.P. 26(a)(1).  A copy of the report must be delivered to my chambers at 300 Fannin Street, Suite 4300, Shreveport, LA 71101.

A party may not seek discovery before the Rule 26(f) meeting unless there is an agreement of the parties or order of the court permitting the discovery.  F.R.C.P. 26(d).

The Trial Attorney for each party shall attend the Scheduling Conference.  Out-of-town attorneys may participate by telephone (318/676-3265) upon prior notice to the court. Any attorney who is unable to attend at the scheduled time shall contact the court immediately to obtain alternative dates for the conference.

THUS DONE AND SIGNED at Shreveport, Louisiana, this 4th day of May, 2006.

MARK L. HORNSBY
UNITED STATES MAGISTRATE JUDGE

Attachment

*A*

Dockets.Justia.com

```
**********************
***   TX REPORT   ***
**********************


TRANSMISSION OK

TX/RX NO              0573
DESTINATION TEL #     14159242905
DESTINATION ID
ST. TIME              06/14 17:38
TIME USE              01'18
PAGES SENT            4
RESULT                OK
```

# BODENHEIMER, JONES & SZWAK

ATTORNEYS AT LAW

DAVID A. SZWAK

509 Market Street, 7th Floor
United Mercantile Bank Building
Shreveport, Louisiana 71101
Telephone (318) 221-6444
Facsimile (318) 221-6555
bjks1507@aol.com

G.M. BODENHEIMER (1994)
J.W. JONES (2003)

Of Counsel
JAMES P. BODENHEIMER

www.MyFairCredit.com
www.MyFairDebt.com

**Date:** 6-14-06

**Transmitted to:** Ben Politz / IRA Rothker

**Telecopier No.:**

**Transmitted from:** David Szwak

**Subject:** Landry - Bell -

**MEMO:** Must be filed by 6/21 -
How does this look?
DS

Number of pages faxed: 4 (including cover page)

Confidentiality Notice

B

```
        *********************
   ***    TX REPORT    ***
        *********************


   TRANSMISSION OK

   TX/RX NO              0576
   DESTINATION TEL #     2211035
   DESTINATION ID
   ST. TIME              06/14 17:45
   TIME USE              01'13
   PAGES SENT            4
   RESULT               OK
```

# BODENHEIMER, JONES & SZWAK

### ATTORNEYS AT LAW

509 Market Street, 7th Floor
United Mercantile Bank Building
Shreveport, Louisiana 71101
Telephone (318) 221-6444
Facsimile (318) 221-6555
bjks1507@aol.com

DAVID A. SZWAK

G.M. BODENHEIMER (1994)
J.W. JONES (2003)

Of Counsel
JAMES P. BODENHEIMER

www.MyFairCredit.com
www.MyFairDebt.com

**Date:** 6-14-06

**Transmitted to:** Ben Poltz / IRA Rothker

**Telecopier No.:**

**Transmitted from:** David Szwak

**Subject:** Landry - Bell -

**MEMO:** Must be filed by 6/21 -
How does this look?
DS

Number of pages faxed: 4 (including cover page)

<u>Confidentiality Notice</u>

```
****************************
***   ERROR TX REPORT   ***
****************************

TX FUNCTION WAS NOT COMPLETED

TX/RX NO                0574
DESTINATION TEL #       2211035
DESTINATION ID
ST. TIME                06/14 17:44
TIME USE                00'38
PAGES SENT              0
RESULT                  NG        #0018 BUSY/NO SIGNAL
```

# BODENHEIMER, JONES & SZWAK

ATTORNEYS AT LAW

509 Market Street, 7th Floor
United Mercantile Bank Building
Shreveport, Louisiana 71101
Telephone (318) 221-6444
Facsimile (318) 221-6555
bjks1507@aol.com

DAVID A. SZWAK

G.M. BODENHEIMER (1994)
J.W. JONES (2003)

Of Counsel
JAMES P. BODENHEIMER

www.MyFairCredit.com
www.MyFairDebt.com

Date: 6-14-06

Transmitted to: Ben Politz / IRA Rothken

Telecopier No.:

Transmitted from: David Szwak

Subject:

MEMO: Landry-Bell —
Must be filed by 6/21 —
How does this look?
DS

Number of pages faxed: 4 (including cover page)

## Confidentiality Notice

The information contained in this facsimile message, including all documents accompanying, is legally

# BODENHEIMER, JONES & SZWAK

ATTORNEYS AT LAW

509 Market Street, 7th Floor
United Mercantile Bank Building
Shreveport, Louisiana 71101
Telephone (318) 221-6444
Facsimile (318) 221-6555
bjks1507@aol.com

DAVID A. SZWAK

G.M. BODENHEIMER (1994)
J.W. JONES (2003)

Of Counsel
JAMES P. BODENHEIMER

www.MyFairCredit.com
www.MyFairDebt.com

**Date:** 6-14-06

**Transmitted to:** Ben Politz / IRA Rothken

**Telecopier No.:**

**Transmitted from:** David Szwak

**Subject:** Landry - Bell -

**MEMO:** Must be filed by 6/21 - How does this look?

DS

Number of pages faxed: __4__ (including cover page)

## Confidentiality Notice

The information contained in this facsimile message, including all documents accompanying, is legally privileged and confidential, intended only for the use of the individual or entity named above. The transmission of this information to any person or entity other than the intended recipient shall in no way constitute a waiver of the attorney-client privilege or any other valid privilege. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISCLOSURE, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE SO THAT WE MAY ARRANGE FOR THE RETURN OF THE DOCUMENTS.

PLEASE TELEPHONE **318-221-6444** IF TOTAL NUMBER OF PAGES TRANSMITTED ARE NOT RECEIVED.

UNITED STATES DISTRICT COURT
IN AND FOR THE WESTERN DISTRICT OF LOUISIANA
Shreveport Division

SHELLY LANDRY-BELL,

Plaintiff,

Versus

Civil Action No.
CV05-1526-S

VARIOUS INC., ET AL,

**JURY DEMANDED**

Defendants.    JUDGE STAGG

## RULE 26[F] CASE MANAGEMENT REPORT

A meeting of counsel, David Szwak, for plaintiff, and Ben Politz, was held on June 7, 2006, by telephone.

1.    **NATURE OF PLAINTIFF'S CLAIMS**

Plaintiff contends that defendants defamed her and invaded her privacy through internet communications.  Damage claims have been made.

2.    **BENCH OR JURY TRIAL**

A jury trial has been requested.

3.    **INITIAL DISCLOSURES**

The parties have not exchanged initial disclosures yet but are ordered to do so by June 21, 2006.

4.    **JURISDICTION**

The parties do not challenge jurisdiction in this case.  Diversity of citizenship subject matter jurisdiction exists.

5.    **JOINDER OF PARTIES AND AMENDMENT OF PLEADINGS**

A.    Plaintiff may add an additional party to the lawsuit and will amend her pleadings. Plaintiff seeks ninety [90] days past the conference to make these additions or changes. Further, plaintiff shows that she has learned that Zach Wilhelm is stationed, on active

military duty, overseas and cannot be served with summons and complaint while on the military base or in areas of operations. Further, the SSRA applies. Plaintiff has made numerous attempts to have Wilhelm served, including domiciliary service at his parents' home. Wilhelm's parents contend that it is not his domicile yet that is the last stable address used by Wilhelm before leaving to go overseas.

B.      Plaintiff may seek to add any other person[s] who were involved in the incidents giving rise to the damages claimed in this lawsuit. There may be additional third persons who need to be added but plaintiff cannot make that determination absent some preliminary discovery which necessarily involves taking Wilhelm's deposition.

C.      Ninety [90] days after the conference.

6.      **DISCOVERY ISSUES**

A.      Plaintiff and defendant, Various, anticipate discovery disputes regarding Various's computer system and database and search mechanisms. Privacy issues may be raised regarding identities of persons viewing the information concerning plaintiff. Further, proprietary computer functions and systems and data will be necessary for plaintiff to discover to prepare her case. Plaintiff believes that taking the deposition of Wilhelm will require assistance from the court and the military.

B.      The parties propose a period of at least 180 days for completion of discovery with that period running from the date that amendment of pleadings and joinder of parties has passed. Therefore, the parties suggest June 10, 2007.

7.      **MOTION PRACTICE**

A.      There are no pending motions. Defendant Various's motion to dismiss was denied. Plaintiff's motion to strike Various's Answer and Statement of Defenses was denied.

B.      Both parties of record anticipate filing dispositive motions unless the case settles.

8.      **ALTERNATIVE DISPUTE RESOLUTION**

The parties are amenable to ADR. Plaintiff respectfully requests settlement conference by Magistrate-Judge in lieu of a private mediator.

9.      **TRIAL BY MAGISTRATE**

All parties do not consent to trial by Magistrate-Judge at this time.

Respectfully submitted:

**BODENHEIMER, JONES & SZWAK**


By:            _____

         **DAVID A. SZWAK, LBR #21157**, TA
         509 Market Street, 7th Floor
         United Mercantile Bank Building
         Shreveport, Louisiana 71101
         (318) 221-6444
         FAX  221-6555
         www.bjslaw.com
**COUNSEL FOR PLAINTIFF**


**ROTHKEN LAW FIRM**



By:            _____

         **IRA ROTHKEN**, TA
         3 Hamilton Landing, Ste. 224
         Novato, California 94949-8246
         (415) 924-4250
         FAX 924-2905
**COUNSEL FOR DEFENDANT, VARIOUS, INC.**


**BOOTH, LOCKARD, POLITZ & LESAGE**



By:            _____

         **BEN POLITZ**
         920 Pierremont Rd., Ste. 103
         Shreveport, Louisiana
         (318) 222-2333
         FAX  221-1035
**COUNSEL FOR DEFENDANT, VARIOUS, INC.**

# ROTHKEN LAW FIRM LLP

3 HAMILTON LANDING
SUITE 224
NOVATO, CALIFORNIA 94949-8248

PHONE:   (415)924-4250
FAX:        (415)924-2905
E-MAIL:   IRA@TECHFIRM.COM
WEB:        WWW.TECHFIRM.COM

## FACSIMILE COVER SHEET

TO:        David A Szwak
           Bodenheimer Jones & Szwak
           509 Market St Ste 730
           Shreveport, LA 71101
           Tel: 318-221-6444

FAX:       318-221-6555

FROM:      Ira P. Rothken

DATE:      June 7, 2006

RE:        SHELLY LANDRY-BELL vs. VARIOUS, INC. and ZACH WILHELM,
           U.S. District Court, W. Dist. of Louisiana, Shreveport Div., No. CV05-1526 S
           Meet and Confer Regarding Case Management

NOTE:

*C*

# ROTHKEN LAW FIRM LLP

3 HAMILTON LANDING
SUITE 224
NOVATO, CALIFORNIA 94949-8248

PHONE:  (415)924-4250
FAX:    (415)924-2905
E-MAIL:  IRA@TECHFIRM.COM
WEB:    WWW.TECHFIRM.COM

June 7, 2006

**VIA FACSIMILE**

David A Szwak
Bodenheimer Jones & Szwak
509 Market St Ste 730
Shreveport, LA 71101
Tel: 318-221-6444
Fax: 318-221-6555

**Re:**   SHELLY LANDRY-BELL vs. VARIOUS, INC. and ZACH WILHELM,
U.S. District Court, W. Dist. of Louisiana, Shreveport Div., No. CV05-1526 S
Meet and Confer Regarding Case Management

Dear Mr. Szwak,

Pursuant to the Court's order of May 4, 2006, a copy of which is attached for your reference, that the parties were to meet and confer on this case by today.  Ordinarily, the plaintiff initiates such meet and confer.  Since we have not heard from your office on this matter, we suggest that we meet and confer on Thursday, June 8, 2006 at 3:00 p.m. Pacific Time.

Please contact us immediately to confirm your availability for such a call.

Very truly yours,
ROTHKEN LAW FIRM LLP

Ira P. Rothken

Cc: Bennett Politz, local counsel

6/8/06
Ira — I visited at length w/ Ben yesterday and will forward a draft 26(f) report today. I can visit w/ you but 3pm in after hours here —
David

To: David Szwak   Page 3 of 3                    2006-06-08 06:55:57 (GMT)                14159242905  From: Ira Rothken
Case 5:05-cv-01526-TS-MLH   Document 35   Filed 06/21/2006   Page 11 of 52

Case 5:05-cv-01526-TS-MLH   Document 33   Filed 05/05/2006   Page 1 of 4

RECEIVED

MAY 0 4 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

SHELLY LANDRY-BELL                      CIVIL ACTION NO. 05-1526

versus                                  JUDGE STAGG

VARIOUS, INC., ET AL.                   MAGISTRATE JUDGE HORNSBY

## ORDER

Pursuant to F.R.C.P. 16, a Scheduling Conference will be held in my chambers on **Wednesday, June 28, 2006, at 2:30 p.m.**

IT IS ORDERED that the attorneys shall meet, in person or by telephone, no later than June 7, 2006 to develop a case management report and discuss the issues listed in F.R.C.P. 26(f).

By **June 21, 2006**, the parties must (1) *file* the **case management report** in the format shown on the attached form and (2) *exchange* the **initial disclosures** required by F.R.C.P. 26(a)(1). A copy of the report must be delivered to my chambers at 300 Fannin Street, Suite 4300, Shreveport, LA 71101.

A party may not seek discovery before the Rule 26(f) meeting unless there is an agreement of the parties or order of the court permitting the discovery. F.R.C.P. 26(d).

The Trial Attorney for each party shall attend the Scheduling Conference. Out-of-town attorneys may participate by telephone (318/676-3265) upon prior notice to the court. Any attorney who is unable to attend at the scheduled time shall contact the court immediately to obtain alternative dates for the conference.

THUS DONE AND SIGNED at Shreveport, Louisiana, this 4th day of May, 2006.

MARK L. HORNSBY
UNITED STATES MAGISTRATE JUDGE

Attachment

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO              0533
DESTINATION TEL #     14159242905
DESTINATION ID
ST. TIME              06/08 09:48
TIME USE              00'29
PAGES SENT            1
RESULT                OK
```

# ROTHKEN LAW FIRM LLP

3 HAMILTON LANDING
SUITE 224
NOVATO, CALIFORNIA 94949-8248

PHONE: (415)924-4250
FAX: (415)924-2905
E-MAIL: IRA@TECHFIRM.COM
WEB: WWW.TECHFIRM.COM

June 7, 2006

**VIA FACSIMILE**

David A Szwak
Bodenheimer Jones & Szwak
509 Market St Ste 730
Shreveport, LA 71101
Tel: 318-221-6444
Fax: 318-221-6555

**Re:** SHELLY LANDRY-BELL vs. VARIOUS, INC. and ZACH WILHELM,
U.S. District Court, W. Dist. of Louisiana, Shreveport Div., No. CV05-1526 S
Meet and Confer Regarding Case Management

Dear Mr. Szwak,

Pursuant to the Court's order of May 4, 2006, a copy of which is attached for your reference, that the parties were to meet and confer on this case by today. Ordinarily, the plaintiff initiates such meet and confer. Since we have not heard from your office on this matter, we suggest that we meet and confer on Thursday, June 8, 2006 at 3:00 p.m. Pacific Time.

Please contact us immediately to confirm your availability for such a call.

Very truly yours,
ROTHKEN LAW FIRM LLP

Ira P. Rothken

| Subj: | **Re: Shelly Landry-Bell v. Various, et al** |
|---|---|
| Date: | 6/15/2006 2:48:30 PM Central Daylight Time |
| From: | BJKS1507 |
| To: | ira@techfirm.net, ira@techfirm.com, ira@techfirm.org, blpld@softdisk.com, blp@blpld.com |
| CC: | jared@techfirm.com, hal@techfirm.com |

In a message dated 6/15/2006 12:26:33 PM Central Daylight Time, ira@techfirm.net writes:

> Please email us the Word file so we can make edits with redlines....that is how we do it in every other
> Federal case -.thanks,

Hey Ira, That is a pain.  How about just marking up the hard copy and faxing me edits?

David A. Szwak
Bodenheimer, Jones & Szwak
509 Market Street, 7th Floor
United Mercantile Bank Building
Shreveport, Louisiana 71101
318-221-6444
Fax 221-6555
www.bjslaw.com

www.MyFairCredit.com **
** Check out the Dispute Forum

www.maxedoutmovie.com/index1.html
** Check Out "Maxed Out," the movie/documentary by Trueworks
Premieres March 11, 2006, at the South By Southwest Film Festival
Check out the clips at the site; I am in the movie!

| Subj: | **Shelly Landry-Bell v. Various, et al** |
|---|---|
| Date: | 6/18/2006 11:46:54 PM Central Daylight Time |
| From: | BJKS1507 |
| To: | blpld@softdisk.com, blp@blpld.com |
| CC: | dtolber@bellsouth.net |

Ira and his staff have had the draft of the FRCP 26[f] report for a long time and have sent me no edits or signature [assuming I adequately prepared the report on first draft]. It MUST be filed no later than June 22. I have no idea why they are waiting until the last moment to return any proposed edits or signature but would ask that you intervene. You are great to work with. I have no idea why cavalier out-of-state types are permitted in pro hac vice. They obstruct litigation and generally make it more difficult. Let me know what you hear from them. I never even got a return call. Maybe your luck will be better.

David A. Szwak
Bodenheimer, Jones & Szwak
509 Market Street, 7th Floor
United Mercantile Bank Building
Shreveport, Louisiana 71101
318-221-6444
Fax 221-6555
www.bjslaw.com

www.MyFairCredit.com **
** Check out the Dispute Forum

www.maxedoutmovie.com/index1.html
** Check Out "Maxed Out," the movie/documentary by Trueworks
Premieres March 11, 2006, at the South By Southwest Film Festival
Check out the clips at the site; I am in the movie!

---

**Check out AOL.com today**. Breaking news, video search, pictures, email and IM. All on demand. Always Free.



Subj:     **Re: Shelly Landry-Bell v. Various, et al**
Date:     6/19/2006 11:42:12 AM Central Daylight Time
From:     BJKS1507
To:       blp@blpld.com

Thanks. I enjoyed visiting recently.

David A. Szwak
Bodenheimer, Jones & Szwak
509 Market Street, 7th Floor
United Mercantile Bank Building
Shreveport, Louisiana 71101
318-221-6444
Fax 221-6555
www.bjslaw.com

www.MyFairCredit.com **
** Check out the Dispute Forum

www.maxedoutmovie.com/index1.html
** Check Out "Maxed Out," the movie/documentary by Trueworks
Premieres March 11, 2006, at the South By Southwest Film Festival
Check out the clips at the site; I am in the movie!

Subj:      **RE: Shelly Landry-Bell v. Various, et al**
Date:      6/19/2006 5:00:27 PM Central Daylight Time
From:      blp@blpld.com
To:        BJKS1507@aol.com

David: I too enjoyed our recent visit. I got Jared Smith on the phone this afternoon, but this detail is not on his plate (heading to New England this evening) but he promises to prompt Ira or that individual who has this assignment to get with me to see where we are. I will be happy to bird-dog this exercise to completion. Ben

> -----Original Message-----
> **From:** BJKS1507@aol.com [mailto:BJKS1507@aol.com]
> **Sent:** Monday, June 19, 2006 11:42 AM
> **To:** blp@blpld.com
> **Subject:** Re: Shelly Landry-Bell v. Various, et al
>
> Thanks. I enjoyed visiting recently.
>
> David A. Szwak
> Bodenheimer, Jones & Szwak
> 509 Market Street, 7th Floor
> United Mercantile Bank Building
> Shreveport, Louisiana 71101
> 318-221-6444
> Fax 221-6555
> www.bjslaw.com
>
> www.MyFairCredit.com **
> ** Check out the Dispute Forum
>
> www.maxedoutmovie.com/index1.html
> ** Check Out "Maxed Out," the movie/documentary by Trueworks
> Premieres March 11, 2006, at the South By Southwest Film Festival
> Check out the clips at the site; I am in the movie!

Subj:    **Fwd: Shelly Landry-Bell v. Various, et al**
Date:    6/20/2006 4:56:09 AM Central Daylight Time
From:    BJKS1507
To:      ira@techfirm.net, ira@techfirm.comm, ira@techfirm.org, jared@techfirm.com, hal@techfirm.com
CC:      blp@blpld.com

Ira, I have not received any response from your firm on the draft I sent about one week ago after Ben and I met/conferred. This item must be filed. If you return it with substantial changes at the last minute, I will not be happy. Would you just permit Ben to look it over and edit it, if need be? It is a really basic item that does not need to be over-lawyered.

Thanks.

David A. Szwak
Bodenheimer, Jones & Szwak
509 Market Street, 7th Floor
United Mercantile Bank Building
Shreveport, Louisiana 71101
318-221-6444
Fax 221-6555
www.bjslaw.com

www.MyFairCredit.com **
** Check out the Dispute Forum

www.maxedoutmovie.com/index1.html
** Check Out "Maxed Out," the movie/documentary by Trueworks
Premieres March 11, 2006, at the South By Southwest Film Festival
Check out the clips at the site; I am in the movie!

-----------------
Forwarded Message:

Subj:    **Re: Shelly Landry-Bell v. Various, et al**
Date:    6/15/2006 2:48:30 PM Central Daylight Time
From:    BJKS1507
To:      ira@techfirm.net, ira@techfirm.com, ira@techfirm.org, blpld@softdisk.com, blp@blpld.com
CC:      jared@techfirm.com, hal@techfirm.com

In a message dated 6/15/2006 12:26:33 PM Central Daylight Time, ira@techfirm.net writes:

> Please email us the Word file so we can make edits with redlines....that is how we do it in every other
> Federal case -.thanks,

Hey Ira, That is a pain. How about just marking up the hard copy and faxing me edits?

David A. Szwak
Bodenheimer, Jones & Szwak
509 Market Street, 7th Floor
United Mercantile Bank Building
Shreveport, Louisiana 71101
318-221-6444
Fax 221-6555
www.bjslaw.com

www.MyFairCredit.com **
** Check out the Dispute Forum



www.maxedoutmovie.com/index1.html
** Check Out "Maxed Out," the movie/documentary by Trueworks
Premieres March 11, 2006, at the South By Southwest Film Festival
Check out the clips at the site; I am in the movie!

Subj:   **Re: Fwd: Shelly Landry-Bell v. Various, et al**
Date:   6/20/2006 10:46:03 AM Central Daylight Time
From:   ira@techfirm.net
To:     BJKS1507@aol.com, ira@techfirm.org, jared@techfirm.com, hal@techfirm.com
CC:     blp@blpld.com

David,

I will email you back some edits today.....

Ira


-----Original Message-----
From: BJKS1507@aol.com <BJKS1507@aol.com>
To: Ira P. Rothken; ira@techfirm.comm <ira@techfirm.comm>; ira@techfirm.org <ira@techfirm.org>;
jared@techfirm.com <jared@techfirm.com>; hal@techfirm.com <hal@techfirm.com>
CC: blp@blpld.com <blp@blpld.com>
Sent: Tue Jun 20 05:56:09 2006
Subject: Fwd: Shelly Landry-Bell v. Various, et al

Ira, I have not received any response from your firm on the draft I sent about one week ago after Ben and I
met/conferred. This item must be filed. If you return it with substantial changes at the last minute, I will not be
happy. Would you just permit Ben to look it over and edit it, if need be? It is a really basic item that does not
need to be over-lawyered.

Thanks.

David A. Szwak
Bodenheimer, Jones & Szwak
509 Market Street, 7th Floor
United Mercantile Bank Building
Shreveport, Louisiana 71101
318-221-6444
Fax 221-6555
www.bjslaw.com <http://www.bjslaw.com/>

www.MyFairCredit.com **
** Check out the Dispute Forum

www.maxedoutmovie.com/index1.html
** Check Out "Maxed Out," the movie/documentary by Trueworks
Premieres March 11, 2006, at the South By Southwest Film Festival
Check out the clips at the site; I am in the movie!

*G*

| | |
|---|---|
| Subj: | **Shelly Landry-Bell v. Various, et al Final for Signature** |
| Date: | 6/21/2006 1:51:49 PM Central Daylight Time |
| From: | ira@techfirm.net |
| To: | BJKS1507@aol.com, ira@techfirm.com, ira@techfirm.org, blp@blpld.com |
| CC: | jared@techfirm.com, hal@techfirm.com |

David,

Thanks. Here is the version we will sign and fax back to you shortly. We have provided it to you in both PDF and rtf format. We made only minor tweaks to your last version. If you have any questions please let us know. Otherwise you should be getting my faxed signature in a few hours. Please provide to us a copy of the "as filed copy" with all signatures on it....thanks.

Ira P. Rothken

---

**From:** BJKS1507@aol.com [mailto:BJKS1507@aol.com]
**Sent:** Wednesday, June 21, 2006 8:51 AM
**To:** Ira P. Rothken; ira@techfirm.com; ira@techfirm.org; blp@blpld.com
**Cc:** jared@techfirm.com; hal@techfirm.com
**Subject:** Re: Shelly Landry-Bell v. Various, et al

I was able to retrieve and then re-save your file so I could raise the text into my wordperfect file. Ben and I have spent a lot of time this morning going through the language and I think this edited version will meet with your approval.  Please check it carefully, sign it if proper, and fax me your signatures.  Thanks.

David A. Szwak
Bodenheimer, Jones & Szwak
509 Market Street, 7th Floor
United Mercantile Bank Building
Shreveport, Louisiana 71101
318-221-6444
Fax 221-6555
www.bjslaw.com

www.MyFairCredit.com **
** Check out the Dispute Forum

www.maxedoutmovie.com/index1.html
** Check Out "Maxed Out," the movie/documentary by Trueworks
Premieres March 11, 2006, at the South By Southwest Film Festival
Check out the clips at the site; I am in the movie!



UNITED STATES DISTRICT COURT
IN AND FOR THE WESTERN DISTRICT OF LOUISIANA
Shreveport Division

SHELLY LANDRY-BELL,

Plaintiff,

Versus                                         Civil Action No.
                                               CV05-1526-S

VARIOUS INC., ET AL,                           **JURY DEMANDED**
                        Defendants.  JUDGE STAGG

## RULE 26[F] CASE MANAGEMENT REPORT

A meeting of counsel, David Szwak, for plaintiff, and Ben Politz, for defendants Various, Inc./FriendFinder, was held on June 7, 2006, by telephone.

1.    **NATURE OF PLAINTIFF'S CLAIMS**

Plaintiff contends that defendants defamed her and invaded her privacy through internet communications.  Damage claims have been made.

2.    **BENCH OR JURY TRIAL**

A jury trial has been requested in the original complaint and answer.

3.    **INITIAL DISCLOSURES**

The parties have not exchanged initial disclosures yet but are ordered to do so by July 21st, 2006 unless the case is stayed.

4.    **JURISDICTION**

The parties do not challenge subject matter jurisdiction in this case.  Diversity of citizenship subject matter jurisdiction appears to exist. The Various Incorporated/FriendFinder Defendants reserve their rights related to personal jurisdiction, choice of law, arbitrability, and choice of forum in this case.

5.    **JOINDER OF PARTIES AND AMENDMENT OF PLEADINGS**

A.    Plaintiff may add an additional party to the lawsuit and will amend her pleadings.  Plaintiff seeks ninety [90] days past the conference to make these additions or changes.  Further, plaintiff shows that she has learned that Zach Wilhelm is stationed, on active military duty, overseas and cannot be served with summons and complaint while on the military base or in areas of operations. Further, the SSRA applies.  Plaintiff has made numerous attempts to have Wilhelm served, including domiciliary service at his parents' home.  Wilhelm's parents contend that it is not his domicile yet that is the last stable address used by Wilhelm before leaving to go overseas.  The Various Incorporated/FriendFinder defendants are of the view that the issue of necessary and indispensable parties needs to be examined in light of the above and likely the case dismissed or

Παγε –1–

stayed (pursuant to the SSRA and its progeny which provides that the Court may stay the case sua sponte upon learning of a defendant's coverage under the SSRA). Indeed given that defendant Wilhelm was alleged as the one who posted and published the alleged defamatory statement and thus the alleged tortfeasor it appears on its face that unfair prejudice would likely result if this case is adjudicated in his absence.

B.    Plaintiff may seek to add any other person[s] who were involved in the incidents giving rise to the damages claimed in this lawsuit.  There may be additional third persons who need to be added but plaintiff cannot make that determination absent some preliminary discovery which necessarily involves taking Wilhelm's deposition.  Various/FriendFinder defendants may seek to add any other person[s] who were involved in the incidents giving rise to the damages claimed in this lawsuit.  There may be additional third persons who need to be added or indemnity claims brought but plaintiff and the Various/FriendFinder defendants cannot make that determination absent some preliminary discovery which necessarily involves taking Wilhelm's deposition.

C.    Ninety [90] days after the conference.

6.    **DISCOVERY ISSUES**

A.    Plaintiff and defendant, Various, anticipate discovery disputes regarding Various's computer system and database and search mechanisms.  Privacy issues may be raised regarding identities of persons viewing the information concerning plaintiff.  Further, plaintiff believes that proprietary computer functions and systems and data will be necessary for plaintiff to discover to prepare her case.  Plaintiff believes that taking the deposition of Wilhelm will require assistance from the court and the military.  Various Incorporated/FriendFinder defendants strongly disagree and believe that plaintiff should not be allowed to go on an expensive fishing expedition of proprietary computer systems given the notion that the CDA defense and strong Congressional intent and public policy provides immunity to Internet service providers for content or statements provided by others and that Various Incorporated/FriendFinder did not create the alleged defamatory posting(s) and are not treated as the publisher of such under the CDA. Therefore it is unlikely that documents beyond those already provided by Various to plaintiff will be reasonably calculated to lead to the discovery of admissible evidence or be justified in light of the burdens involved and the inconsequential nature of such requests.  Plaintiff anticipates discovery disputes regarding Various's computer system and database and search mechanisms.  Various believes that its specific internal computer system and database and search mechanisms are inconsequential given the obvious external functionality and internet service provider nature of the FriendFinder.com family of sites and the state of the case law regarding the CDA immunity in which no reported case has ever needed or reported the granular details of the inner workings of the internet service provider's technology to determine coverage as an internet service provider. More generalized non-burdensome discovery, consistent with Congressional intent, may be appropriate related to whether Various qualifies for the CDA immunity as an Internet service provider. Privacy issues may be raised including regarding identities of persons viewing the information allegedly concerning plaintiff.  Plaintiff believes that taking the deposition of Wilhelm will require assistance from the court and the military. The Various/FriendFinder defendants believe that a two tiered confidentiality order needs to be negotiated and entered into out of caution in light of plaintiff's statements above before written discovery is requested. The Various/FriendFinder defendants believe that discovery cost shifting issues need to be explored if plaintiff decides to go on an expensive e-discovery fishing expedition. In any event, Various believes that the issue of stay or dismissal in light of defendant Wilhelm's military unavailability should be decided before discovery commences.

B.    The parties propose a period of at least 180 days for completion of discovery with that period running from the date that amendment of pleadings and joinder of parties has passed.  Therefore, the parties suggest June 10, 2007 if the case is not stayed.

7.    **MOTION PRACTICE**

A.    There are no pending motions.  Defendant Various's motion to dismiss was denied.  Plaintiff's motion to strike Various's Answer and Statement of Defenses was denied.

B.    Both parties of record anticipate filing dispositive motions unless the case settles.  Defendants add that if the case is not stayed or dismissed due to Wilhelm's unavailability (which may be brought via a formal motion if the Court does not grant such stay sua sponte) Various/FriendFinder will likely file a motion for summary judgment within 90 days.

8.    **ALTERNATIVE DISPUTE RESOLUTION**

The parties are amenable to ADR.  Plaintiff respectfully requests settlement conference by Magistrate-Judge in lieu of a private mediator.  The Various/FriendFinder defendants are amenable to private mediation at JAMS before a retired Judge with the costs divided evenly between the parties and in a convenient location to be agreed upon by all the parties with all the parties and their counsel present.

9.    **TRIAL BY MAGISTRATE**

All parties do not consent to trial by Magistrate-Judge at this time.

Respectfully submitted:

**BODENHEIMER, JONES & SZWAK**


**By:**    _____

**DAVID A. SZWAK, LBR #21157**, TA
509 Market Street, 7th Floor
United Mercantile Bank Building
Shreveport, Louisiana 71101
(318) 221-6444
FAX  221-6555
www.bjslaw.com
**COUNSEL FOR PLAINTIFF**


**ROTHKEN LAW FIRM**


**By:**    _____

**IRA ROTHKEN**, TA
3 Hamilton Landing, Ste. 224
Novato, California 94949-8246
(415) 924-4250
FAX 924-2905
**COUNSEL FOR DEFENDANT, VARIOUS, INC.**


**BOOTH, LOCKARD, POLITZ & LESAGE**


By:    _____

**BENNETT L. POLITZ**, LBR#10573
920 Pierremont Rd., Ste. 103
Shreveport, Louisiana
(318) 222-2333
FAX  221-1035
**COUNSEL FOR DEFENDANT, VARIOUS, INC.**

Subj:    **Re: Shelly Landry-Bell v. Various, et al Final for Signature**
Date:    6/21/2006 1:53:54 PM Central Daylight Time
From:    BJKS1507
To:    ira@techfirm.net, ira@techfirm.com, ira@techfirm.org, blp@blpld.com
CC:    jared@techfirm.com, hal@techfirm.com

What changes if any were made to the last version that I sent you?

David A. Szwak
Bodenheimer, Jones & Szwak
509 Market Street, 7th Floor
United Mercantile Bank Building
Shreveport, Louisiana 71101
318-221-6444
Fax 221-6555
www.bjslaw.com

www.MyFairCredit.com **
** Check out the Dispute Forum

www.maxedoutmovie.com/index1.html
** Check Out "Maxed Out," the movie/documentary by Trueworks
Premieres March 11, 2006, at the South By Southwest Film Festival
Check out the clips at the site; I am in the movie!

*7*

Subj:    **RE: Shelly Landry-Bell v. Various, et al Final for Signature**
Date:    6/21/2006 2:05:59 PM Central Daylight Time
From:    ira@techfirm.net
To:    BJKS1507@aol.com, ira@techfirm.com, ira@techfirm.org, blp@blpld.com
CC:    jared@techfirm.com, hal@techfirm.com

David,

This would be easier if you would get on the phone with us – we included that we made a jury demand; that the discovery final date is impacted may be changed if there is a stay; that plaintiff believes it needs certain discovery; and other tweaks to make the document more accurate.

Can you kindly answer the questions I asked you in an email this morning so we can get your client's position prior to filing this document and before the conference with his honor....here they are again below ---- please advise so we have some procedural cooperation even if we disagree on the results of the issues raised.

"In any event please let us know today your views on why this case should not be stayed or dismissed if Mr. Wilhelm is in the military and unavailable overseas given the statute that protects such military persons from civil litigation and given that he is likely an indispendable party to a case where he is the alleged defamor. Also kindly advise us on what discovery you think your client will need and why in light of the CDA immunity statute as we are unable to fully understand your writing - in other cases we have had involving the CDA that survived the pleading stage the judge(s) have ordered the parties to meet and confer in a pragmatic sense to decide in good faith what narrow discovery "matters" and is proportional and can change the outcome (by removing the immunity) and did not allow a fishing expedition. Further, kindly advise us on who your client may add to the case and why. Also advise if your client is amenable to a two tiered confidentiality order and if you can provide an exemplar for our review and edit."

Ira P. Rothken

---

**From:** BJKS1507@aol.com [mailto:BJKS1507@aol.com]
**Sent:** Wednesday, June 21, 2006 11:54 AM
**To:** Ira P. Rothken; ira@techfirm.com; ira@techfirm.org; blp@blpld.com
**Cc:** jared@techfirm.com; hal@techfirm.com
**Subject:** Re: Shelly Landry-Bell v. Various, et al Final for Signature

What changes if any were made to the last version that I sent you?

David A. Szwak
Bodenheimer, Jones & Szwak
509 Market Street, 7th Floor
United Mercantile Bank Building
Shreveport, Louisiana 71101
318-221-6444
Fax 221-6555
www.bjslaw.com

www.MyFairCredit.com **
** Check out the Dispute Forum

www.maxedoutmovie.com/index1.html
** Check Out "Maxed Out," the movie/documentary by Trueworks
Premieres March 11, 2006, at the South By Southwest Film Festival
Check out the clips at the site; I am in the movie!

Subj:   **Re: Shelly Landry-Bell v. Various, et al Final for Signature**
Date:   6/21/2006 2:52:05 PM Central Daylight Time
From:   BJKS1507
To:     ira@techfirm.net
CC:     ira@techfirm.com, ira@techfirm.org, blp@blpld.com, jared@techfirm.com, hal@techfirm.com

In a message dated 6/21/2006 2:05:59 PM Central Daylight Time, ira@techfirm.net writes:

> In any event please let us know today your views on why this case should not be stayed or dismissed if Mr. Wilhelm is in the military and unavailable overseas given the statute that protects such military persons from civil litigation>>>

Stay may be in order. Why should the case by "dismissed"? SSRA is not immunity from suit, as you must know.

> and given that he is likely an indispendable party to a case where he is the alleged defamor.>>>

As is your client.

> Also kindly advise us on what discovery you think your client will need and why in light of the CDA immunity statute>>>

We will conduct discovery as to all elements of the case. I am unsure what you want in this overture. As for the CDA, I think Judge Stagg addressed that.

> as we are unable to fully understand your writing - in other cases we have had involving the CDA that survived the pleading stage the judge(s) have ordered the parties to meet and confer in a pragmatic sense to decide in good faith what narrow discovery "matters">>>

Please provide me case cites so I can review what these cases were about and why they would be relevant.

> and is proportional and can change the outcome (by removing the immunity) and did not allow a fishing expedition.>>>

Again, I am unsure what to say. Apparently you want to recast the discovery rules as well.

> Further, kindly advise us on who your client may add to the case and why.>>

We have not yet decided absent some initial discovery.

<< Also advise if your client is amenable to a two tiered confidentiality order and if you can provide an exemplar for our review and edit.>>

Please provide me an advance copy of any request for confidentiality so I can review it and comment in advance. We do not agree for a need for it absent some good cause shown.

David A. Szwak
Bodenheimer, Jones & Szwak
509 Market Street, 7th Floor
United Mercantile Bank Building
Shreveport, Louisiana 71101
318-221-6444
Fax 221-6555
www.bjslaw.com



www.MyFairCredit.com **
** Check out the Dispute Forum

www.maxedoutmovie.com/index1.html
** Check Out "Maxed Out," the movie/documentary by Trueworks
Premieres March 11, 2006, at the South By Southwest Film Festival
Check out the clips at the site; I am in the movie!

| | |
|---|---|
| Subj: | **Re: Shelly Landry-Bell v. Various, et al Final for Signature** |
| Date: | 6/21/2006 2:53:48 PM Central Daylight Time |
| From: | BJKS1507 |
| To: | ira@techfirm.net, ira@techfirm.com, ira@techfirm.org, blp@blpld.com |
| CC: | jared@techfirm.com, hal@techfirm.com |

Please redline and send me any proposed changes you made since the version that Ben and I worked out this morning.

David A. Szwak
Bodenheimer, Jones & Szwak
509 Market Street, 7th Floor
United Mercantile Bank Building
Shreveport, Louisiana 71101
318-221-6444
Fax 221-6555
www.bjslaw.com

www.MyFairCredit.com **
** Check out the Dispute Forum

www.maxedoutmovie.com/index1.html
** Check Out "Maxed Out," the movie/documentary by Trueworks
Premieres March 11, 2006, at the South By Southwest Film Festival
Check out the clips at the site; I am in the movie!

L.

Subj:      **RE: Shelly Landry-Bell v. Various, et al Final for Signature**
Date:      6/21/2006 3:02:34 PM Central Daylight Time
From:      ira@techfirm.net
To:        BJKS1507@aol.com, ira@techfirm.com, ira@techfirm.org, blp@blpld.com
CC:        jared@techfirm.com, hal@techfirm.com

Can't – do not have the software to do a retroactive redline....this is a short documents it took me seconds to review/edit and should take you seconds to review and sign.....thanks,

Ira

---

**From:** BJKS1507@aol.com [mailto:BJKS1507@aol.com]
**Sent:** Wednesday, June 21, 2006 12:54 PM
**To:** Ira P. Rothken; ira@techfirm.com; ira@techfirm.org; blp@blpld.com
**Cc:** jared@techfirm.com; hal@techfirm.com
**Subject:** Re: Shelly Landry-Bell v. Various, et al Final for Signature

Please redline and send me any proposed changes you made since the version that Ben and I worked out this morning.

David A. Szwak
Bodenheimer, Jones & Szwak
509 Market Street, 7th Floor
United Mercantile Bank Building
Shreveport, Louisiana 71101
318-221-6444
Fax 221-6555
www.bjslaw.com

www.MyFairCredit.com **
** Check out the Dispute Forum

www.maxedoutmovie.com/index1.html
** Check Out "Maxed Out," the movie/documentary by Trueworks
Premieres March 11, 2006, at the South By Southwest Film Festival
Check out the clips at the site; I am in the movie!

Subj:   **Re: Shelly Landry-Bell v. Various, et al Final for Signature**
Date:   6/21/2006 3:17:12 PM Central Daylight Time
From:   BJKS1507
To:     ira@techfirm.net, ira@techfirm.com, ira@techfirm.org, blp@blpld.com
CC:     jared@techfirm.com, hal@techfirm.com

In a message dated 6/21/2006 3:02:34 PM Central Daylight Time, ira@techfirm.net writes:

> Can't – do not have the software to do a retroactive redline....this is a short documents it took me
> seconds to review/edit and should take you seconds to review and sign.....thanks,
>
>
> Ira

Ira,

I attach the edited 26[f].  You have repeatedly altered the deadline for disclosures.  **It is today, not July 21**.
Please sign the signature caption and fax it back to me.

David A. Szwak
Bodenheimer, Jones & Szwak
509 Market Street, 7th Floor
United Mercantile Bank Building
Shreveport, Louisiana 71101
318-221-6444
Fax 221-6555
www.bjslaw.com

www.MyFairCredit.com **
** Check out the Dispute Forum

www.maxedoutmovie.com/index1.html
** Check Out "Maxed Out," the movie/documentary by Trueworks
Premieres March 11, 2006, at the South By Southwest Film Festival
Check out the clips at the site; I am in the movie!

UNITED STATES DISTRICT COURT
IN AND FOR THE WESTERN DISTRICT OF LOUISIANA
Shreveport Division

SHELLY LANDRY-BELL,

Plaintiff,

Versus

Civil Action No.
CV05-1526-S

VARIOUS INC., ET AL,

**JURY DEMANDED**
Defendants.  JUDGE STAGG

# RULE 26[F] CASE MANAGEMENT REPORT

A meeting of counsel, David Szwak, for plaintiff, and Ben Politz, for defendants Various, Inc./FriendFinder, was held on June 7, 2006, by telephone.

1.    **NATURE OF PLAINTIFF'S CLAIMS**

Plaintiff contends that defendants defamed her and invaded her privacy through internet communications.  Damage claims have been made.

2.    **BENCH OR JURY TRIAL**

A jury trial has been requested in the original complaint and answer.

3.    **INITIAL DISCLOSURES**

The parties have not exchanged initial disclosures yet but are ordered to do so by June 21st, 2006 [Defendants' Position: unless the case is stayed].

4.    **JURISDICTION**

The parties do not challenge subject matter jurisdiction in this case.  Diversity of citizenship subject matter jurisdiction appears to exist. Defendants' Position: The Various Incorporated/FriendFinder Defendants reserve their rights related to personal jurisdiction, choice of law, arbitrability, and choice of forum in this case.

5.    **JOINDER OF PARTIES AND AMENDMENT OF PLEADINGS**

A.    Plaintiff may add an additional party to the lawsuit and will amend her pleadings.  Plaintiff seeks ninety [90] days past the conference to make these additions or changes.  Further, plaintiff shows that she has learned that Zach Wilhelm is stationed, on active military duty, overseas and cannot be served with summons and complaint while on the military base or in areas of operations. Further, the SSRA applies.  Plaintiff has made numerous attempts to have Wilhelm served, including domiciliary service at his parents' home.  Wilhelm's parents contend that it is not his domicile yet that is the last stable address used by Wilhelm before leaving to go overseas. Defendants' Position: The Various Incorporated/FriendFinder defendants are of the view that the

*N.*

issue of necessary and indispensable parties needs to be examined in light of the above and likely the case dismissed or stayed (pursuant to the SSRA and its progeny which provides that the Court may stay the case sua sponte upon learning of a defendant's coverage under the SSRA). Indeed given that defendant Wilhelm was alleged as the one who posted and published the alleged defamatory statement and thus the alleged tortfeasor it appears on its face that unfair prejudice would likely result if this case is adjudicated in his absence.

B.   Plaintiff may seek to add any other person[s] who were involved in the incidents giving rise to the damages claimed in this lawsuit. There may be additional third persons who need to be added but plaintiff cannot make that determination absent some preliminary discovery which necessarily involves taking Wilhelm's deposition. Defendants' Position: Various/FriendFinder defendants may seek to add any other person[s] who were involved in the incidents giving rise to the damages claimed in this lawsuit. There may be additional third persons who need to be added or indemnity claims brought but plaintiff and the Various/FriendFinder defendants cannot make that determination absent some preliminary discovery which necessarily involves taking Wilhelm's deposition.

C.   Ninety [90] days after the conference.

6.   **DISCOVERY ISSUES**

A.   Plaintiff and defendant, Various, anticipate discovery disputes regarding Various's computer system and database and search mechanisms. Privacy issues may be raised regarding identities of persons viewing the information concerning plaintiff. Further, plaintiff believes that proprietary computer functions and systems and data will be necessary for plaintiff to discover to prepare her case. Plaintiff believes that taking the deposition of Wilhelm will require assistance from the court and the military. Defendants' Position: Various Incorporated/FriendFinder defendants strongly disagree and believe that plaintiff should not be allowed to go on an expensive fishing expedition of proprietary computer systems given the notion that the CDA defense and strong Congressional intent and public policy provides immunity to Internet service providers for content or statements provided by others and that Various Incorporated/FriendFinder did not create the alleged defamatory posting(s) and are not treated as the publisher of such under the CDA. Therefore it is unlikely that documents beyond those already provided by Various to plaintiff will be reasonably calculated to lead to the discovery of admissible evidence or be justified in light of the burdens involved and the inconsequential nature of such requests. Plaintiff anticipates discovery disputes regarding Various's computer system and database and search mechanisms. Various believes that its specific internal computer system and database and search mechanisms are inconsequential given the obvious external functionality and internet service provider nature of the FriendFinder.com family of sites and the state of the case law regarding the CDA immunity in which no reported case has ever needed or reported the granular details of the inner workings of the internet service provider's technology to determine coverage as an internet service provider. More generalized non-burdensome discovery, consistent with Congressional intent, may be appropriate related to whether Various qualifies for the CDA immunity as an Internet service provider. Privacy issues may be raised including regarding identities of persons viewing the information allegedly concerning plaintiff. Plaintiff believes that taking the deposition of Wilhelm will require assistance from the court and the military. The Various/FriendFinder defendants believe that a two tiered confidentiality order needs to be negotiated and entered into out of caution in light of plaintiff's statements above before written discovery is requested. The Various/FriendFinder defendants believe that discovery cost shifting issues need to be explored if plaintiff decides to go on an expensive e-discovery fishing expedition. In any event, Various believes that the issue of stay or dismissal in light of defendant Wilhelm's military unavailability should be decided before discovery commences.

B.   The parties propose a period of at least 180 days for completion of discovery with that period

running from the date that amendment of pleadings and joinder of parties has passed.  Therefore, the parties suggest June 10, 2007 [Defendants' Position: if the case is not stayed].

7.    **MOTION PRACTICE**

A.    There are no pending motions.  Defendant Various's motion to dismiss was denied.  Plaintiff's motion to strike Various's Answer and Statement of Defenses was denied.

B.    Both parties of record anticipate filing dispositive motions unless the case settles.  Defendants' Position: Defendants add that if the case is not stayed or dismissed due to Wilhelm's unavailability (which may be brought via a formal motion if the Court does not grant such stay sua sponte) Various/FriendFinder will likely file a motion for summary judgment within 90 days.

8.    **ALTERNATIVE DISPUTE RESOLUTION**

The parties are amenable to ADR.  Plaintiff respectfully requests settlement conference by Magistrate-Judge in lieu of a private mediator.  Defendants' Position: The Various/FriendFinder defendants are amenable to private mediation at JAMS before a retired Judge with the costs divided evenly between the parties and in a convenient location to be agreed upon by all the parties with all the parties and their counsel present.

9.    **TRIAL BY MAGISTRATE**

All parties do not consent to trial by Magistrate-Judge at this time.

Respectfully submitted:

**BODENHEIMER, JONES & SZWAK**

By:    _____
**DAVID A. SZWAK, LBR #21157**, TA
509 Market Street, 7th Floor
United Mercantile Bank Building
Shreveport, Louisiana 71101
(318) 221-6444
FAX  221-6555
www.bjslaw.com
**COUNSEL FOR PLAINTIFF**

**ROTHKEN LAW FIRM**

By:    _____
**IRA ROTHKEN**, TA
3 Hamilton Landing, Ste. 224
Novato, California 94949-8246
(415) 924-4250
FAX 924-2905
**COUNSEL FOR DEFENDANT, VARIOUS, INC.**

**BOOTH, LOCKARD, POLITZ & LESAGE**

By: _____

**BENNETT L. POLITZ**, LBR#10573
920 Pierremont Rd., Ste. 103
Shreveport, Louisiana
(318) 222-2333
FAX 221-1035
**COUNSEL FOR DEFENDANT, VARIOUS, INC.**

Subj:     **Re: Shelly Landry-Bell v. Various, et al Final for Signature**
Date:     6/21/2006 3:19:50 PM Central Daylight Time
From:     BJKS1507
To:       ira@techfirm.net, ira@techfirm.com, ira@techfirm.org, blp@blpld.com
CC:       jared@techfirm.com, hal@techfirm.com

PS - I would like to have your signatures timely so it can be filed later today as I will be in Tyler TX federal court tomorrow for oral arguments.

David A. Szwak
Bodenheimer, Jones & Szwak
509 Market Street, 7th Floor
United Mercantile Bank Building
Shreveport, Louisiana 71101
318-221-6444
Fax 221-6555
www.bjslaw.com

www.MyFairCredit.com **
** Check out the Dispute Forum

www.maxedoutmovie.com/index1.html
** Check Out "Maxed Out," the movie/documentary by Trueworks
Premieres March 11, 2006, at the South By Southwest Film Festival
Check out the clips at the site; I am in the movie!

Subj:    **RE: Shelly Landry-Bell v. Various, et al Final for Signature**
Date:    6/21/2006 3:25:51 PM Central Daylight Time
From:    ira@techfirm.net
To:    BJKS1507@aol.com, ira@techfirm.com, ira@techfirm.org, blp@blpld.com
CC:    jared@techfirm.com, hal@techfirm.com

Cannot agree to that.....since we would be in non-compliance the second we sign it....my staff is on vacation and given the serious stay issue which you disclosed I doubt any fair minded judge will order only some of the parties to provide disclosures while Wilhelm does not have to since he is in the military. The July date gives the Judge time to decide the stay issue before disclosures occur in this unique situation. Besides we already responded to your subpoena so you have all the Various internal document allegedly related to plaintiff. We are the ones who will be more impacted by not getting your client's disclosures right away. Thanks,

Ira P. Rothken

---

**From:** BJKS1507@aol.com [mailto:BJKS1507@aol.com]
**Sent:** Wednesday, June 21, 2006 1:17 PM
**To:** Ira P. Rothken; ira@techfirm.com; ira@techfirm.org; blp@blpld.com
**Cc:** jared@techfirm.com; hal@techfirm.com
**Subject:** Re: Shelly Landry-Bell v. Various, et al Final for Signature

In a message dated 6/21/2006 3:02:34 PM Central Daylight Time, ira@techfirm.net writes:

> Can't – do not have the software to do a retroactive redline....this is a short documents it took me
> seconds to review/edit and should take you seconds to review and sign.....thanks,
>
> Ira

Ira,

I attach the edited 26[f].  You have repeatedly altered the deadline for disclosures.  **It is today, not July 21**.
Please sign the signature caption and fax it back to me.

David A. Szwak
Bodenheimer, Jones & Szwak
509 Market Street, 7th Floor
United Mercantile Bank Building
Shreveport, Louisiana 71101
318-221-6444
Fax 221-6555
www.bjslaw.com

www.MyFairCredit.com **
** Check out the Dispute Forum

www.maxedoutmovie.com/index1.html
** Check Out "Maxed Out," the movie/documentary by Trueworks
Premieres March 11, 2006, at the South By Southwest Film Festival
Check out the clips at the site; I am in the movie!

*P*

| | | |
|---|---|---|
| Subj: | **Re: Shelly Landry-Bell v. Various, et al Final for Signature** | |
| Date: | 6/21/2006 4:15:13 PM Central Daylight Time | |
| From: | BJKS1507 | |
| To: | ira@techfirm.net, ira@techfirm.com, ira@techfirm.org, blp@blpld.com | |
| CC: | jared@techfirm.com, hal@techfirm.com | |

In a message dated 6/21/2006 3:25:51 PM Central Daylight Time, ira@techfirm.net writes:

> Cannot agree to that.....since we would be in non-compliance the second we sign it....my staff is on vacation and given the serious stay issue which you disclosed I doubt any fair minded judge will order only some of the parties to provide disclosures while Wilhelm does not have to since he is in the military.

Okay, Ira, you cannot decide to alter the Judge's deadline. As for your editing, over and over again, the 26[f], I have provided you the version which accurately reflects the Judge's order. If you do not sign it, I will sign it and file it with the entire set of emails showing your unwillingness to comply.

David A. Szwak
Bodenheimer, Jones & Szwak
509 Market Street, 7th Floor
United Mercantile Bank Building
Shreveport, Louisiana 71101
318-221-6444
Fax 221-6555
www.bjslaw.com

www.MyFairCredit.com **
** Check out the Dispute Forum

www.maxedoutmovie.com/index1.html
** Check Out "Maxed Out," the movie/documentary by Trueworks
Premieres March 11, 2006, at the South By Southwest Film Festival
Check out the clips at the site; I am in the movie!

*Q*

| | |
|---|---|
| Subj: | **Re: Shelly Landry-Bell v. Various, et al Final for Signature** |
| Date: | 6/21/2006 4:16:42 PM Central Daylight Time |
| From: | BJKS1507 |
| To: | ira@techfirm.net, ira@techfirm.com, ira@techfirm.org, blp@blpld.com |
| CC: | jared@techfirm.com, hal@techfirm.com |

In a message dated 6/21/2006 3:25:51 PM Central Daylight Time, ira@techfirm.net writes:

> Besides we already responded to your subpoena so you have all the Various internal document
> allegedly related to plaintiff. We are the ones who will be more impacted by not getting your client's
> disclosures right away.

Ira, We have not received any documents from you.  You need to comply or be prepared to have a motion filed
in connection with your failure to do as ordered.  Your cavalier responses are not appreciated.

David A. Szwak
Bodenheimer, Jones & Szwak
509 Market Street, 7th Floor
United Mercantile Bank Building
Shreveport, Louisiana 71101
318-221-6444
Fax 221-6555
www.bjslaw.com

www.MyFairCredit.com **
** Check out the Dispute Forum

www.maxedoutmovie.com/index1.html
** Check Out "Maxed Out," the movie/documentary by Trueworks
Premieres March 11, 2006, at the South By Southwest Film Festival
Check out the clips at the site; I am in the movie!

*R*

Subj:    **RE: Shelly Landry-Bell v. Various, et al Final for Signature**
Date:    6/21/2006 4:34:01 PM Central Daylight Time
From:    ira@techfirm.net
To:      BJKS1507@aol.com, ira@techfirm.com, ira@techfirm.org, blp@blpld.com
CC:      jared@techfirm.com, hal@techfirm.com

David,

Where is your client's initial disclosures – please e-mail them to me today and we will email back ours....thanks...that should take care of the issue....please change the date of the initial disclosures in our last version of the Rule 26 statement to today and sign it and fax it over to my office for filing tomorrow....

Ira P. Rothken

---

**From:** BJKS1507@aol.com [mailto:BJKS1507@aol.com]
**Sent:** Wednesday, June 21, 2006 2:17 PM
**To:** Ira P. Rothken; ira@techfirm.com; ira@techfirm.org; blp@blpld.com
**Cc:** jared@techfirm.com; hal@techfirm.com
**Subject:** Re: Shelly Landry-Bell v. Various, et al Final for Signature

In a message dated 6/21/2006 3:25:51 PM Central Daylight Time, ira@techfirm.net writes:

> Besides we already responded to your subpoena so you have all the Various internal document allegedly related to plaintiff. We are the ones who will be more impacted by not getting your client's disclosures right away.

Ira, We have not received any documents from you. You need to comply or be prepared to have a motion filed in connection with your failure to do as ordered. Your cavalier responses are not appreciated.

David A. Szwak
Bodenheimer, Jones & Szwak
509 Market Street, 7th Floor
United Mercantile Bank Building
Shreveport, Louisiana 71101
318-221-6444
Fax 221-6555
www.bjslaw.com

www.MyFairCredit.com **
** Check out the Dispute Forum

www.maxedoutmovie.com/index1.html
** Check Out "Maxed Out," the movie/documentary by Trueworks
Premieres March 11, 2006, at the South By Southwest Film Festival
Check out the clips at the site; I am in the movie!

$S$

Subj:       **Re: Shelly Landry-Bell v. Various, et al Final for Signature**
Date:       6/21/2006 4:36:07 PM Central Daylight Time
From:       BJKS1507
To:         ira@techfirm.net, ira@techfirm.com, ira@techfirm.org, blp@blpld.com
CC:         jared@techfirm.com, hal@techfirm.com

In a message dated 6/21/2006 4:34:01 PM Central Daylight Time, ira@techfirm.net writes:

> Where is your client's initial disclosures – please e-mail them to me today and we will email back
> ours....thanks...that should take care of the issue....please change the date of the initial disclosures
> in our last version of the Rule 26 statement to today and sign it and fax it over to my office for filing
> tomorrow....

Why would I send my signature to California to be filed here in Shreveport by tomorrow?  That makes no
sense.  Please send me a faxed signature as I will be filing the document in the court's outbox after 5:00 p.m.
today.  If you fail to send your signature it will be filed with an explanation as to why and a complete copy of the
emails.

David A. Szwak
Bodenheimer, Jones & Szwak
509 Market Street, 7th Floor
United Mercantile Bank Building
Shreveport, Louisiana 71101
318-221-6444
Fax 221-6555
www.bjslaw.com

www.MyFairCredit.com **
** Check out the Dispute Forum

www.maxedoutmovie.com/index1.html
** Check Out "Maxed Out," the movie/documentary by Trueworks
Premieres March 11, 2006, at the South By Southwest Film Festival
Check out the clips at the site; I am in the movie!

| | |
|---|---|
| Subj: | **RE: Shelly Landry-Bell v. Various, et al Final Signature Enclosed** |
| Date: | 6/21/2006 4:51:59 PM Central Daylight Time |
| From: | ira@techfirm.net |
| To: | BJKS1507@aol.com, ira@techfirm.com, ira@techfirm.org, blp@blpld.com |
| CC: | jared@techfirm.com, hal@techfirm.com |

David,

Here is our signed statement – please sign and fax back to us as well. Please let us know if you have any questions.

Ira P. Rothken

---

**From:** Ira P. Rothken [mailto:ira@techfirm.net]
**Sent:** Wednesday, June 21, 2006 2:34 PM
**To:** BJKS1507@aol.com; ira@techfirm.com; ira@techfirm.org; blp@blpld.com
**Cc:** jared@techfirm.com; hal@techfirm.com
**Subject:** RE: Shelly Landry-Bell v. Various, et al Final for Signature

David,

Where is your client's initial disclosures – please e-mail them to me today and we will email back ours....thanks...that should take care of the issue....please change the date of the initial disclosures in our last version of the Rule 26 statement to today and sign it and fax it over to my office for filing tomorrow....

Ira P. Rothken

---

**From:** BJKS1507@aol.com [mailto:BJKS1507@aol.com]
**Sent:** Wednesday, June 21, 2006 2:17 PM
**To:** Ira P. Rothken; ira@techfirm.com; ira@techfirm.org; blp@blpld.com
**Cc:** jared@techfirm.com; hal@techfirm.com
**Subject:** Re: Shelly Landry-Bell v. Various, et al Final for Signature

In a message dated 6/21/2006 3:25:51 PM Central Daylight Time, ira@techfirm.net writes:

> Besides we already responded to your subpoena so you have all the Various internal document allegedly related to plaintiff. We are the ones who will be more impacted by not getting your client's disclosures right away.

Ira, We have not received any documents from you. You need to comply or be prepared to have a motion filed in connection with your failure to do as ordered. Your cavalier responses are not appreciated.

David A. Szwak
Bodenheimer, Jones & Szwak
509 Market Street, 7th Floor
United Mercantile Bank Building
Shreveport, Louisiana 71101
318-221-6444
Fax 221-6555
www.bjslaw.com

www.MyFairCredit.com **
** Check out the Dispute Forum

www.maxedoutmovie.com/index1.html
** Check Out "Maxed Out," the movie/documentary by Trueworks
Premieres March 11, 2006, at the South By Southwest Film Festival
Check out the clips at the site; I am in the movie!

UNITED STATES DISTRICT COURT
IN AND FOR THE WESTERN DISTRICT OF LOUISIANA
Shreveport Division

SHELLY LANDRY-BELL,

                                    Plaintiff,

Versus                                              Civil Action No.
                                                    CV05-1526-S

VARIOUS INC., ET AL,                        **JURY DEMANDED**
                                    Defendants.  JUDGE STAGG

## RULE 26[F] CASE MANAGEMENT REPORT

        A meeting of counsel, David Szwak, for plaintiff, and Ben Politz, for defendants
Various, Inc./FriendFinder, was held on June 7, 2006, by telephone.

1.      **NATURE OF PLAINTIFF'S CLAIMS**

        Plaintiff contends that defendants defamed her and invaded her privacy through internet
communications.  Damage claims have been made.

2.      **BENCH OR JURY TRIAL**

        A jury trial has been requested in the original complaint and answer.

3.      **INITIAL DISCLOSURES**

        The parties have not exchanged initial disclosures yet but are ordered to do so by July 21st, 2006
unless the case is stayed.

4.      **JURISDICTION**

        The parties do not challenge subject matter jurisdiction in this case.  Diversity of citizenship subject
matter jurisdiction appears to exist. The Various Incorporated/FriendFinder Defendants reserve their rights
related to personal jurisdiction, choice of law, arbitrability, and choice of forum in this case.

5.      **JOINDER OF PARTIES AND AMENDMENT OF PLEADINGS**

A.      Plaintiff may add an additional party to the lawsuit and will amend her pleadings.  Plaintiff seeks
        ninety [90] days past the conference to make these additions or changes.  Further, plaintiff shows
        that she has learned that Zach Wilhelm is stationed, on active military duty, overseas and cannot
        be served with summons and complaint while on the military base or in areas of operations.
        Further, the SSRA applies.  Plaintiff has made numerous attempts to have Wilhelm served,
        including domiciliary service at his parents' home.  Wilhelm's parents contend that it is not his
        domicile yet that is the last stable address used by Wilhelm before leaving to go overseas.  The

Πανγε –1–

V

Various Incorporated/FriendFinder defendants are of the view that the issue of necessary and indispensable parties needs to be examined in light of the above and likely the case dismissed or stayed (pursuant to the SSRA and its progeny which provides that the Court may stay the case sua sponte upon learning of a defendant's coverage under the SSRA). Indeed given that defendant Wilhelm was alleged as the one who posted and published the alleged defamatory statement and thus the alleged tortfeasor it appears on its face that unfair prejudice would likely result if this case is adjudicated in his absence.

B.      Plaintiff may seek to add any other person[s] who were involved in the incidents giving rise to the damages claimed in this lawsuit. There may be additional third persons who need to be added but plaintiff cannot make that determination absent some preliminary discovery which necessarily involves taking Wilhelm's deposition. Various/FriendFinder defendants may seek to add any other person[s] who were involved in the incidents giving rise to the damages claimed in this lawsuit. There may be additional third persons who need to be added or indemnity claims brought but plaintiff and the Various/FriendFinder defendants cannot make that determination absent some preliminary discovery which necessarily involves taking Wilhelm's deposition.

C.      Ninety [90] days after the conference.

6.      **DISCOVERY ISSUES**

A.      Plaintiff and defendant, Various, anticipate discovery disputes regarding Various's computer system and database and search mechanisms. Privacy issues may be raised regarding identities of persons viewing the information concerning plaintiff. Further, plaintiff believes that proprietary computer functions and systems and data will be necessary for plaintiff to discover to prepare her case. Plaintiff believes that taking the deposition of Wilhelm will require assistance from the court and the military. Various Incorporated/FriendFinder defendants strongly disagree and believe that plaintiff should not be allowed to go on an expensive fishing expedition of proprietary computer systems given the notion that the CDA defense and strong Congressional intent and public policy provides immunity to Internet service providers for content or statements provided by others and that Various Incorporated/FriendFinder did not create the alleged defamatory posting(s) and are not treated as the publisher of such under the CDA. Therefore it is unlikely that documents beyond those already provided by Various to plaintiff will be reasonably calculated to lead to the discovery of admissible evidence or be justified in light of the burdens involved and the inconsequential nature of such requests. Plaintiff anticipates discovery disputes regarding Various's computer system and database and search mechanisms. Various believes that its specific internal computer system and database and search mechanisms are inconsequential given the obvious external functionality and internet service provider nature of the FriendFinder.com family of sites and the state of the case law regarding the CDA immunity in which no reported case has ever needed or reported the granular details of the inner workings of the internet service provider's technology to determine coverage as an internet service provider. More generalized non-burdensome discovery, consistent with Congressional intent, may be appropriate related to whether Various qualifies for the CDA immunity as an Internet service provider. Privacy issues may be raised including regarding identities of persons viewing the information allegedly concerning plaintiff. Plaintiff believes that taking the deposition of Wilhelm will require assistance from the court and the military. The Various/FriendFinder defendants believe that a two tiered confidentiality order needs to be negotiated and entered into out of caution in light of plaintiff's statements above before written discovery is requested. The Various/FriendFinder defendants believe that discovery cost shifting issues need to be explored if plaintiff decides to go on an expensive e-discovery fishing expedition. In any event, Various believes that the issue of stay or dismissal in light of defendant Wilhelm's military unavailability should be decided before discovery commences.

B.    The parties propose a period of at least 180 days for completion of discovery with that period running from the date that amendment of pleadings and joinder of parties has passed.  Therefore, the parties suggest June 10, 2007 if the case is not stayed.

7.    **MOTION PRACTICE**

A.    There are no pending motions.  Defendant Various's motion to dismiss was denied.  Plaintiff's motion to strike Various's Answer and Statement of Defenses was denied.

B.    Both parties of record anticipate filing dispositive motions unless the case settles.  Defendants add that if the case is not stayed or dismissed due to Wilhelm's unavailability (which may be brought via a formal motion if the Court does not grant such stay sua sponte) Various/FriendFinder will likely file a motion for summary judgment within 90 days.

8.    **ALTERNATIVE DISPUTE RESOLUTION**

The parties are amenable to ADR.  Plaintiff respectfully requests settlement conference by Magistrate-Judge in lieu of a private mediator.  The Various/FriendFinder defendants are amenable to private mediation at JAMS before a retired Judge with the costs divided evenly between the parties and in a convenient location to be agreed upon by all the parties with all the parties and their counsel present.

9.    **TRIAL BY MAGISTRATE**

All parties do not consent to trial by Magistrate-Judge at this time.

Respectfully submitted:

**BODENHEIMER, JONES & SZWAK**


By:    _____
       **DAVID A. SZWAK, LBR #21157**, TA
       509 Market Street, 7th Floor
       United Mercantile Bank Building
       Shreveport, Louisiana 71101
       (318) 221-6444
       FAX  221-6555
       www.bjslaw.com
**COUNSEL FOR PLAINTIFF**


**ROTHKEN LAW FIRM**


By:    _____
       **IRA ROTHKEN**, TA
       3 Hamilton Landing, Ste. 224
       Novato, California 94949-8246
       (415) 924-4250
       FAX 924-2905
**COUNSEL FOR DEFENDANT, VARIOUS, INC.**


**BOOTH, LOCKARD, POLITZ & LESAGE**


By:    _____
       **BENNETT L. POLITZ**, LBR#10573
       920 Pierremont Rd., Ste. 103
       Shreveport, Louisiana
       (318) 222-2333
       FAX  221-1035
**COUNSEL FOR DEFENDANT, VARIOUS, INC.**

| | |
|---|---|
| Subj: | **Re: Shelly Landry-Bell v. Various, et al Final Signature Enclosed** |
| Date: | 6/21/2006 5:08:29 PM Central Daylight Time |
| From: | BJKS1507 |
| To: | ira@techfirm.net, ira@techfirm.com, ira@techfirm.org, blp@blpld.com |
| CC: | jared@techfirm.com, hal@techfirm.com |

Please explain what occurred with the document you emailed me in .pdf.  The deadline provided by the court appeared to have been marked over or typed over.  It appears to show June and July overwritten.

David A. Szwak
Bodenheimer, Jones & Szwak
509 Market Street, 7th Floor
United Mercantile Bank Building
Shreveport, Louisiana 71101
318-221-6444
Fax 221-6555
www.bjslaw.com

www.MyFairCredit.com **
** Check out the Dispute Forum

www.maxedoutmovie.com/index1.html
** Check Out "Maxed Out," the movie/documentary by Trueworks
Premieres March 11, 2006, at the South By Southwest Film Festival
Check out the clips at the site; I am in the movie!

W

Subj:    **RE: Shelly Landry-Bell v. Various, et al Final Signature Enclosed**
Date:    6/21/2006 5:10:55 PM Central Daylight Time
From:    ira@techfirm.net
To:      BJKS1507@aol.com, ira@techfirm.com, ira@techfirm.org, blp@blpld.com
CC:      jared@techfirm.com, hal@techfirm.com

I overwrote it to say June 21st.....like you wanted.

Ira

---

**From:** BJKS1507@aol.com [mailto:BJKS1507@aol.com]
**Sent:** Wednesday, June 21, 2006 3:08 PM
**To:** Ira P. Rothken; ira@techfirm.com; ira@techfirm.org; blp@blpld.com
**Cc:** jared@techfirm.com; hal@techfirm.com
**Subject:** Re: Shelly Landry-Bell v. Various, et al Final Signature Enclosed

Please explain what occurred with the document you emailed me in .pdf.  The deadline provided by the court
appeared to have been marked over or typed over.  It appears to show June and July overwritten.

David A. Szwak
Bodenheimer, Jones & Szwak
509 Market Street, 7th Floor
United Mercantile Bank Building
Shreveport, Louisiana 71101
318-221-6444
Fax 221-6555
www.bjslaw.com

www.MyFairCredit.com **
** Check out the Dispute Forum

www.maxedoutmovie.com/index1.html
** Check Out "Maxed Out," the movie/documentary by Trueworks
Premieres March 11, 2006, at the South By Southwest Film Festival
Check out the clips at the site; I am in the movie!

X

| Subj: | **Re: Shelly Landry-Bell v. Various, et al Final Signature Enclosed** |
| Date: | 6/21/2006 5:13:11 PM Central Daylight Time |
| From: | BJKS1507 |
| To: | ira@techfirm.net, ira@techfirm.com, ira@techfirm.org, blp@blpld.com |
| CC: | jared@techfirm.com, hal@techfirm.com |

I just printed the document and the awkwardly appearing overwrite does not print.  It continues to appear as July 21, not June 21.  I will append your signature page to the last version I emailed you as it properly states June 21, not July 21.  The balance of that document is the same as what you emailed me.  Thank you.

David A. Szwak
Bodenheimer, Jones & Szwak
509 Market Street, 7th Floor
United Mercantile Bank Building
Shreveport, Louisiana 71101
318-221-6444
Fax 221-6555
www.bjslaw.com

www.MyFairCredit.com **
** Check out the Dispute Forum

www.maxedoutmovie.com/index1.html
** Check Out "Maxed Out," the movie/documentary by Trueworks
Premieres March 11, 2006, at the South By Southwest Film Festival
Check out the clips at the site; I am in the movie!

Y

Subj:    **RE: Shelly Landry-Bell v. Various, et al Final Signature Enclosed**
Date:    6/21/2006 5:18:36 PM Central Daylight Time
From:    ira@techfirm.net
To:    BJKS1507@aol.com, ira@techfirm.com, ira@techfirm.org, blp@blpld.com
CC:    jared@techfirm.com, hal@techfirm.com

David,

You are not authorized to file anything other than the document I signed as such conduct would be unethical and will be reported to your state bar....just cross out July 21st in my signed version and write June 21st and sign it and file it....you are frankly out of control.

Ira P. Rothken

---

**From:** BJKS1507@aol.com [mailto:BJKS1507@aol.com]
**Sent:** Wednesday, June 21, 2006 3:13 PM
**To:** Ira P. Rothken; ira@techfirm.com; ira@techfirm.org; blp@blpld.com
**Cc:** jared@techfirm.com; hal@techfirm.com
**Subject:** Re: Shelly Landry-Bell v. Various, et al Final Signature Enclosed

I just printed the document and the awkwardly appearing overwrite does not print. It continues to appear as July 21, not June 21. I will append your signature page to the last version I emailed you as it properly states June 21, not July 21. The balance of that document is the same as what you emailed me. Thank you.

David A. Szwak
Bodenheimer, Jones & Szwak
509 Market Street, 7th Floor
United Mercantile Bank Building
Shreveport, Louisiana 71101
318-221-6444
Fax 221-6555
www.bjslaw.com

www.MyFairCredit.com **
** Check out the Dispute Forum

www.maxedoutmovie.com/index1.html
** Check Out "Maxed Out," the movie/documentary by Trueworks
Premieres March 11, 2006, at the South By Southwest Film Festival
Check out the clips at the site; I am in the movie!

Subj:    **Re: Shelly Landry-Bell v. Various, et al Final Signature Enclosed**
Date:    6/21/2006 5:23:04 PM Central Daylight Time
From:   BJKS1507
To:     ira@techfirm.net, ira@techfirm.com, ira@techfirm.org, blp@blpld.com
CC:     jared@techfirm.com, hal@techfirm.com

In a message dated 6/21/2006 5:18:36 PM Central Daylight Time, ira@techfirm.net writes:

> David,
>
>
> You are not authorized to file anything other than the document I signed as such conduct would be unethical and will be reported to your state bar....just cross out July 21st in my signed version and write June 21st and sign it and file it....you are frankly out of control.
>
>
> Ira P. Rothken

Thank you for your email.  I have retained the curious .pdf file you sent which would not print the visible alteration of the date.  I would like for you to explain how and why you would email me a .pdf file and show a mark through and type over to correct your repeated effort to alter a court-imposed deadline yet when we try to print the file, the overlaid "June" text does not print and retains the improper "July" remark?  Were you intentionally try to deceive us?  Can you explain that?

David A. Szwak
Bodenheimer, Jones & Szwak
509 Market Street, 7th Floor
United Mercantile Bank Building
Shreveport, Louisiana 71101
318-221-6444
Fax 221-6555
www.bjslaw.com

www.MyFairCredit.com **
** Check out the Dispute Forum

www.maxedoutmovie.com/index1.html
** Check Out "Maxed Out," the movie/documentary by Trueworks
Premieres March 11, 2006, at the South By Southwest Film Festival
Check out the clips at the site; I am in the movie!

*A A*