# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

SHELLY LANDRY-BELL

                                                CIVIL ACTION NO. 5:05CV1526

VERSUS                                    JUDGE STAGG

                                                MAG. JUDGE HORNSBY

VARIOUS INC, ET AL

## NOTICE OF DEFICIENT DOCUMENT

**NOTICE TO FILER:**

The RULE 26(f) Report filed on June 21, 2006 by Shelly Landry-Bell was DEFICIENT for the following reason(s):

✓    An original signature of an attorney or a party is required by Fed.R.Civ.P. 11. A photocopy, signature stamp, FAX copy of a signature or signature "by permission" is not deemed by the judges of this district to fulfill the requirements of this rule. Please provide a proper signature page for this document. **The memorandum did not contain an original signature**.

✓    This document is not accompanied by a **signed** certificate of service as required by Fed.R.Civ.P. 5(d).

**If you have a CM/ECF login and password, you may electronically submit your "Corrective Document". Otherwise, please return this <u>notice</u> and only the <u>necessary corrected papers</u> to the undersigned docket clerk at the <u>address given below within 10 days</u> from the date of this notice or the document may be stricken by the court. <u>PLEASE ENTITLE THE SUBMISSION, "CORRECTIVE DOCUMENT."</u>** Please note that all filing deadlines previously set remain in effect. Issuance of this deficiency does not amount to an extension of any deadline.

For questions regarding this document or transmission, please call our CM/ECF help desk at 1-866-323-1101.

**Please electronically submit or return your "corrective document" to: Clerk, U. S. District Court, ATTN: Amanda Brown , 300 Fannin St., Ste. 1167, Shreveport, LA 71101**

Shreveport, Louisiana, June 22, 2006.

                                                ROBERT H. SHEMWELL
                                                CLERK OF COURT