**MINUTE ENTRY**
June 20, 2006

RECEIVED

JUN 2 1 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

SHELLY LANDRY-BELL                          CIVIL ACTION NO. 05-1526

versus                                      JUDGE STAGG

VARIOUS, INC., ET AL.                       MAGISTRATE JUDGE HORNSBY


                        *************


By order of court Plaintiff's oral motion for postponement of the June 28, 2006

**Scheduling Conference** was **granted**. Following calendar coordination, the conference has

been **reset** to **June 29, 2006 at 2:30 p.m.**

Dockets.Justia.com