remark appears. Exh. V. Szwak wrote Rothken for an explanation as to why the overlaid text was placed and then would not print. Exh. W. Rothken's response. Exh. X. Szwak advised Rothken that he was willing to append Rothken's signature page to the last correct iteration of the report before Rothken's awkward, text overlaid version. Exh. Y. Rothken refuses to permit Szwak to append his signature to the last version and suggests filing a Bar Complaint. Exh. Z. Szwak responds requesting an explanation as to why the overlaid text was placed in the fashion it was and did not print. Exh. AA.

Szwak respectfully submits the Report with his signature as he lacks permission of Rothken to append his signature.

Respectfully submitted:

BODENHEIMER, JONES & SZWAK

By: _____
DAVID A. SZWAK, LBR #21157, TA
509 Market Street, 7th Floor
United Mercantile Bank Building
Shreveport, Louisiana 71101
(318) 221-6444
FAX 221-6555
www.bjslaw.com
**COUNSEL FOR PLAINTIFF**

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon opposing counsel of record by placing a copy of same in the United States Mail, properly addressed and first class postage pre-paid on this the 21 day of June, 2006.

_____
OF COUNSEL

Page -3-