**MINUTES [00:30]**
June 29, 2006

| | |
|---|---|
| SHELLY LANDRY-BELL | CIVIL ACTION NO. 05-1526 |
| versus | JUDGE STAGG |
| VARIOUS, INC., ET AL. | MAGISTRATE JUDGE HORNSBY |

**************

A Scheduling Conference was held on June 29, 2006. Counsel for Plaintiff and Various believe that Defendant Zack Wilhelm is an active duty member of the United States Air Force stationed at Ramstein AFB in Germany. Counsel for Plaintiff stated that he is having difficulty serving Mr. Wilhelm. The court also expressed concern about proceeding against Mr. Wilhelm in light of the provisions and protections available to active duty military members in the Servicemembers Civil Relief Act of 2003, formerly known as the Soldiers and Sailors Civil Relief Act of 1940. In light of these problems, no scheduling order will be issued at this time.

A follow up **Status Conference** will be held on **September 28, 2006 at 2:30 p.m.** to discuss the status of Plaintiff's attempts to serve Mr. Wilhelm and to discuss whether the action against Mr. Wilhelm should or must be stayed pursuant to the Servicemembers Civil Relief Act of 2003. Prior to the conference, counsel should also discuss entry of a joint confidentiality order to address the possible exchange of any confidential or proprietary information in later discovery.

_____
MARK L. HORNSBY
UNITED STATES MAGISTRATE JUDGE