U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

SEP 13 2006

ROBERT H. SHEMWELL, CLERK
BY _____
        DEPUTY

UNITED STATES DISTRICT COURT
IN AND FOR THE WESTERN DISTRICT OF LOUISIANA
Shreveport Division

SHELLY LANDRY-BELL,

                Plaintiff,

Versus                     Civil Action No.
                                      CV05-1526-S
                                      **JURY DEMANDED**
VARIOUS INC., ET AL,             JUDGE STAGG
              Defendants.     MAGISTRATE-JUDGE HORNSBY

## **MEMO TO THE COURT REGARDING STATUS**

MAY IT PLEASE THE COURT:

      NOW INTO COURT, through undersigned counsel, comes Plaintiff who respectfully notifies the court regarding the status of this matter and status of service of summons and complaint efforts on Zach Wilhelm, an active military member. Following a status conference with Honorable Mark Hornsby, counsel was directed to seek assistance from Colonel John Odom with regard to service of process on an active military member. Several conversations took place and Colonel Odom undertook some research to assist counsel. Several meetings between Ben Politz and David Szwak were needed to discuss the matter. Last week, Colonel Odom provided the web site of www.pfiserves.com as a source to effect service of process on a military member under the Hague Convention, an obscure and very infrequently used method of service of process in foreign countries despite the fact that Wilhelm is a service member and will not voluntarily accept service while on Ramstein AFB, in Germany. Upon information, Wilhelm selected active, overseas duty with knowledge that he was being pursued civilly for his involvement in the matters forming the basis of this lawsuit.

      Plaintiff respectfully suggests that a status conference be postponed for 60 days to permit

efforts under the Hague Convention to effect service of process and that a status conference be set for late November or early December for purposes of scheduling deadlines.

                            Respectfully submitted:

                            **BODENHEIMER, JONES & SZWAK, LLC**

By: _____
                            **DAVID A. SZWAK, LBR #21157**, TA
                            509 Market Street, 7th Floor
                            United Mercantile Bank Building
                            Shreveport, Louisiana 71101
                            (318) 221-6444
                            FAX 221-6555
                            www.bjslaw.com
                           **COUNSEL FOR PLAINTIFF**

<u>CERTIFICATE OF SERVICE</u>

     I hereby certify that a copy of the above and foregoing has been served upon opposing counsel of record by placing a copy of same in the United States Mail, properly addressed and first class postage pre-paid on this the ____11____ day of __September__ 2006.

_____
OF COUNSEL

# BODENHEIMER, JONES & SZWAK

DAVID A. SZWAK

**U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED**

**SEP 1 3 2006**

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

ATTORNEYS AT LAW

509 Market Street, 7th Floor
United Mercantile Bank Building
Shreveport, Louisiana 71101
Telephone (318) 221-6444
Facsimile (318) 221-6555
bjks1507@aol.com

G.M. BODENHEIMER (1994)
J.W. JONES (2003)

Of Counsel
JAMES P. BODENHEIMER

www.MyFairCredit.com
www.MyFairDebt.com

September 12, 2006

Robert H. Shemwell
Clerk of Court
United States District Court
Western District of Louisiana
Shreveport Division
300 Fannin Street
Shreveport, Louisiana 71101

    Re:    Shelly Landry Bell vs. Various, Inc., and Zach Wilhelm; No.: CV05-1526; U.
            S. District Court Eastern District of TX; Our File No.: 05-105

Dear Clerk:

    Enclosed is an original and a copy of the Memo to the Court Regarding Status and a self-addressed stamped envelope in reference to the above captioned matter. Please file and send me a stamped copy for my records. DONE, PC

    If you have any questions, please call.

                                    Sincerely,

                                    Denise Tolber
                                    Paralegal to
                                    David A. Szwak

DAS/dt
Enclosure
cc:    Bennett L. Politz, Esq.
       Ira P. Rothken, Esq.
       Magistrate-Judge Mark Hornsby