**MINUTE ENTRY**
September 14, 2006

RECEIVED
SEP 14 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

SHELLY LANDRY-BELL           CIVIL ACTION NO. 05-1526

versus           JUDGE STAGG

VARIOUS, INC., ET AL.           MAGISTRATE JUDGE HORNSBY

*************

The Status Conference currently scheduled for September 28, 2006 at 2:30 p.m. is CANCELLED. To allow Plaintiff additional time to attempt to serve Defendant Zach Wilhelm, the Status Conference is **RESCHEDULED** for **December 6, 2006 at 10:00 a.m.**