**MINUTES [00:30]**
December 6, 2006

| | |
|---|---|
| SHELLY LANDRY-BELL | CIVIL ACTION NO. 05-1526 |
| versus | JUDGE STAGG |
| VARIOUS, INC., ET AL. | MAGISTRATE JUDGE HORNSBY |

*************

A Status Conference was held on December 6, 2006. Counsel for Plaintiff is continuing his efforts to serve defendant Zach Wilhelm, who is still believed to be stationed at Ramstein AFB in Germany. Counsel for Plaintiff is having the relevant service documents translated into German, but it is anticipated that the process of serving Mr. Wilhelm in Germany will take approximately four to six more months. Accordingly, a follow up **Status Conference** will be held on **May 24, 2007 at 1:30 p.m.** to review the status of the case.

Counsel for Defendant reported that the internet postings at issue in this lawsuit have been removed from Defendant's website. Counsel for Defendant will determine whether Defendant can locate the credit card number that was used to open the account on Defendant's website. If that credit card information is available, counsel for the parties are directed to discuss the exchange of that information, with due regard for the privacy of the credit card account holder.

_____
MARK L. HORNSBY
UNITED STATES MAGISTRATE JUDGE