AO 440 (Rev 1/90) Summons in a Civil Action

# United States District Court

WESTERN DISTRICT OF LOUISIANA

SHELLY LANDRY-BELL

v.

VARIOUS, INC., AND ZACH WILHELM

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 05-1526

TO: (Name and Address of Defendant)

ZACH WILHELM
EGLIN AFB

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

David A. Szwak, Bodenheimer, Jones & Szwak, LLC, 509 Market Street, Ste. 730, Shreveport, Louisiana 71101, 318-221-6444, fax 318-221-6555

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

ROBERT H. SHEMWELL, CLERK

CLERK _____    DATE 5/10/07

BY DEPUTY CLERK

dockets.Justia.com