U. S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

MAY 2 5 2007

ROBERT H. SHEMWELL, CLERK
BY _____
                    DEPUTY

**MINUTES [00:30]**
May 24, 2007

| | |
|---|---|
| SHELLY LANDRY-BELL | CIVIL ACTION NO. 05-1526 |
| versus | JUDGE STAGG |
| VARIOUS, INC., ET AL. | MAGISTRATE JUDGE HORNSBY |

Landry-Bell v. Various Inc et al                                                                                      Doc. 46

\*\*\*\*\*\*\*\*\*\*\*\*\*

A Status Conference was held on May 24, 2006. While counsel for Plaintiff was meeting the requirements for international service on defendant Wilhelm in Germany, he learned that Defendant Wilhelm has relocated to Eglin Air Force Base in Florida. Efforts are underway to serve Defendant Wilhelm in the next few days. Within the next sixty days, it is anticipated that the court will be in a position to move forward with the litigation. Accordingly, a follow-up **Status Conference** will be held on **July 30, 2007 at 1:30 p.m.** Out-of-town counsel may participate by telephone. Assuming that Defendant Wilhelm has made an appearance by that time, the court intends to set the matter for trial on an aggressive schedule.

The court also discussed with counsel whether information may be available concerning the identity of the person who opened or set up the account at issue. Counsel for Plaintiff was instructed to review the materials from Various that were produced in response to his pre-lawsuit subpoena and visit by telephone with counsel for Various and determine whether other identifying information may be available.

