AO 440 (Rev 1/90) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 6/19/07  9:35am |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Darrell Parrish #037 | CERTIFIED PROCESS SERVER FIRST JUDICIAL CIRCUIT OF FLORIDA |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 1863 Heartland Drive, Ft. Walton Beach Florida 32547

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6/19/07

*Signature of Server* [signature: Darrell Parrish]

24 NW Racetrack Road
*Address of Server*

Fort Walton Beach, Florida 32547

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUN 2 2 2007

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY
SHREVEPORT

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## WESTERN District of Louisiana

Case Number: 05 1526

Plaintiff/Petitioner:
**SHELLY LANDRY-BELL**
vs.
Defendant/Respondent:
**VARIOUS INC. et al**

For: David A. Szwak
     BODENHEIMER, JONES, SZWAK & WINCHELL

Received by Thornton Process Service on the 12th day of June, 2007 at 1:00 pm to be served on ZACH WILHELM, EGLIN AIRFORCE BASE. I, __Darrell Parrish__, do hereby affirm that on the __19__ day of __June__, 20__07__ at __9 35__ A.m., executed service by delivering a true copy of the SUMMONS and COMPLAINT in accordance with state statutes in the manner marked below:

By delivering a true copy of the above named writ(s) with the date and hour of service endorsed thereon by me in the manner marked below.

(X) INDIVIDUAL SERVICE - to the above named person.

( ) SUBSTITUTE SERVICE - to _____ as co-resident, age 15 or older, at the usual place of abode.

( ) SUBSTITUTE SERVICE - to _____ as _____ at their usual place of business.

( ) RECORDS CUSTODIAN - to _____ as _____ of the within named entity.

( ) GOV'T/PUBLIC AGENCY - to _____ as _____ of the within named agency.

CORPORATE SERVICE:
   ( ) OFFICER/REG AGENT- to _____ as _____.
   ( ) EMPLOYEE/OTHER - to _____ as _____ pursuant to F.S. 48.081((3)(a)&(b) due to failure to comply with F.S.48.091.

( ) NON SERVICE: As described in the Comments below.  ( ) OTHER SERVICE: As described in the Comments below.

**COMMENTS:** Served at 1863 Heartland Drive, Ft. Walton Beach, Fl 32547

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

PROCESS SERVER # __037__
Appointed in accordance
with State Statutes

**Thornton Process Service**
**3214 Samantha Drive**
**Cantonment, FL 32533-7414**
**(850) 478-3333**

Our Job Serial Number: 2007002467

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.0g

AO 440 (Rev 1/90) Summons in a Civil Action

# United States District Court

WESTERN DISTRICT OF LOUISIANA

SHELLY LANDRY-BELL

V.

VARIOUS, INC., AND ZACH WILHELM

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 05-1526

SERVED 6/11/07 @ 9:35 am I.D.# 637
Process Server Initials
Thornton Process Service
(850) 478-3333

W. DARRELL PARRISH #37
CERTIFIED PROCESS
SERVER FIRST JUDICIAL
CIRCUIT OF FLORIDA
DATE 1/6/07 TIME 935

TO: (Name and Address of Defendant)

ZACH WILHELM
EGLIN AFB
1863 Heartland Dr.
FwBch, FL 32547

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

David A. Szwak, Bodenheimer, Jones & Szwak, LLC, 509 Market Street, Ste. 730, Shreveport, Louisiana 71101, 318-221-6444, fax 318-221-6555

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

6-11-07
11:00 AM

ROBERT H. SHEMWELL, CLERK

CLERK

DATE 5/10/07