Landry-Bell v. Various Inc et al                                    Doc. 50 Att. 1
Case 5:05-cv-01526-TS-MLH    Document 50    Filed 07/31/2007    Page 1 of 23
Case 5:05-cv-01526-TS-MLH    Document 46    Filed 05/24/2007    Page 1 of 1

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED · SHREVEPORT

**MINUTES [00:30]**          MAY 2 5 2007
May 24, 2007
                             ROBERT H. SHEMWELL, CLERK
                             BY _____
                                      DEPUTY

SHELLY LANDRY-BELL              CIVIL ACTION NO. 05-1526

versus                         JUDGE STAGG

VARIOUS, INC., ET AL.          MAGISTRATE JUDGE HORNSBY

                    *************

    A Status Conference was held on May 24, 2006.  While counsel for Plaintiff was meeting the requirements for international service on defendant Wilhelm in Germany, he learned that Defendant Wilhelm has relocated to Eglin Air Force Base in Florida. Efforts are underway to serve Defendant Wilhelm in the next few days.  Within the next sixty days, it is anticipated that the court will be in a position to move forward with the litigation. Accordingly, a follow-up **Status Conference** will be held on **July 30, 2007 at 1:30 p.m.** Out-of-town counsel may participate by telephone.  Assuming that Defendant Wilhelm has made an appearance by that time, the court intends to set the matter for trial on an aggressive schedule.

    The court also discussed with counsel whether information may be available concerning the identity of the person who opened or set up the account at issue.  Counsel for Plaintiff was instructed to review the materials from Various that were produced in response to his pre-lawsuit subpoena and visit by telephone with counsel for Various and determine whether other identifying information may be available.





**From:**   BJKS1507@aol.com
**Sent:**   Tuesday, June 12, 2007 5:42 PM
**To:**   blp@blpld.com; ira@techfirm.com; ira@techfirm.net; ira@techfirm.org
**Cc:**   Mark_Hornsby@lawd.uscourts.gov
**Subject:**   Shelly Landry-Bell v. Various, Inc., et al

I wanted to confirm that I have reviewed my file from one cover to the other and I have no documents from Various, Inc., responsive to a subpoena or which contain the information we have been seeking regarding the identity of the individual who contributed some part of the postings to the various adult web sites which are issue in this Lawsuit.

Per Judge Hornsby's directives, I am asking for the following information to be produced as quickly as possible given the amount of time that this case has been on the docket.

Plaintiff requests:

[a] the email address of the person used in the authentication process by Various, Inc., in connection with each and every posting which listed my client's name [Shelly Hand [maiden name]; Shelly Bell; Shelly Landry-Bell; Shelly Landry; in connection with her photo and/or the reference to Shreveport, Louisiana];

[b] the name and geographic address of the person used in the authentication process by Various, Inc., in connection with each and every posting which listed my client's name [Shelly Hand [maiden name]; Shelly Bell; Shelly Landry-Bell; Shelly Landry; in connection with her photo and/or the reference to Shreveport, Louisiana];

[c] the IP of the person used in the authentication process by Various, Inc., in connection with each and every posting which listed my client's name [Shelly Hand [maiden name]; Shelly Bell; Shelly Landry-Bell; Shelly Landry; in connection with her photo and/or the reference to Shreveport, Louisiana];

[d] the URL of the person used in the authentication process by Various, Inc., in connection with each and every posting which listed my client's name [Shelly Hand [maiden name]; Shelly Bell; Shelly Landry-Bell; Shelly Landry; in connection with her photo and/or the reference to Shreveport, Louisiana];

[e] the credit card company name and credit card account number of the person used in the authentication process by Various, Inc., in connection with each and every posting which listed my client's name [Shelly Hand [maiden name]; Shelly Bell; Shelly Landry-Bell; Shelly Landry; in connection with her photo and/or the reference to Shreveport, Louisiana];

[f] the cached [or otherwise archived] copies of the pages and content placed into each and every posting which listed my client's name [Shelly Hand [maiden name]; Shelly Bell; Shelly Landry-Bell; Shelly Landry; in connection with her photo and/or the reference to Shreveport, Louisiana];

[g] any other information you possess concerning each and every posting which listed my client's name [Shelly Hand [maiden name]; Shelly Bell; Shelly Landry-Bell; Shelly Landry; in connection with her photo and/or the reference to Shreveport, Louisiana].

David A. Szwak
Bodenheimer, Jones & Szwak, LLC
509 Market Street, 7th Floor
United Mercantile Bank Building
Shreveport, Louisiana 71101
318-221-6444
Fax 221-6555

Chairman, Consumer Protection Section

6/12/2007

EXHIBIT
A

Louisiana State Bar Association
www.MyFairCredit.com
www.MyFairAuto.com
www.MyFairDebt.com
www.maxedoutmovie.com

See what's free at AOL.com.

No virus found in this incoming message.
Checked by AVG Free Edition.
Version: 7.5.472 / Virus Database: 269.8.14/845 - Release Date: 6/12/2007 6:39 AM

6/12/2007

EXHIBIT
B

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

Postage  $ _____

Certified Fee _____

Return Receipt Fee
(Endorsement Required) _____

Restricted Delivery Fee
(Endorsement Required) _____

Total Postage & Fees   $ 5.11

Sent To
Various, Inc. % Andrew B. Conru

Street, Apt. No.
or PO Box No.  445 Sherman Ave. St.

City, State, ZIP  Palo Alto, CA 94306

PS Form 3800, April 2002          See Reverse for Instructions

7002 7426 0004 1000 4016

...EIMER, JONES,
WINCHELL

LLP

...RNEYS AT LAW

...STREET, SUITE 240
...T, LOUISIANA 71101
...NE (318) 424-1400
...E (318) 424-1476
...bjswlaw.com

7, 2005

G.M. BODENHEIMER (1994)
J.W. JONES (2003)

OF COUNSEL
JAMES P. BODENHEIMER

__MAIL__

...helly Landry-Bell, cause no. MISC-05-30,
...States District Court, Western District of
...na, Shreveport Division

...nru, 445 Sherman Ave., Ste. T, Palo Alta,

Dear Sir or Madam:

A Petition under Federal Rules of Civil Procedure Rule 27, has been commenced naming you as an anticipated defendant. A copy of the petition is attached to this notice. It has been filed in the United States District Court, Western District of Louisiana, Shreveport Division under cause no. MICC-05-30. This is not a formal summons or notification from the court, but rather my request that you sign and return the enclosed waiver of service in order to save the cost of serving you with a judicial summons and an additional copy of the petition. The cost of service will be avoided if I receive a signed copy of the waiver **within thirty (30) days after the date designated below as the date on which this Notice and Request is sent.** I enclose a stamped and addressed envelope for your use. An extra copy of the waiver is also attached for your records.

If you comply with this request and return the signed waiver, it will be filed with the court and no summons will be served on you. The action will then proceed as if you had been served on the date the waiver is filed, except that you will not be obligated to respond before sixty (60) days from the date designated below as the date on which the notice is sent.

If you do not return the signed waiver within the time indicated, I will take appropriate steps to effect formal service in a manner authorized by the Federal Rules of Civil Procedure and will then, to the extent authorized by those Rules, ask the court to require you to pay the full cost of such service as well as my attorneys' fees in connection with the service. In that connection, please read the statement concerning the duty of parties to waive the service of summons, which is set forth on the reverse side of the waiver form. I affirm that this request is being sent to you on behalf of the plaintiffs, this the 7th day of July, 2005.

DAVID A. SZWAK

## WAIVER OF SERVICE OF SUMMONS

TO:   David A. Szwak
      **Bodenheimer, Jones, Szwak & Winchell, LLP**
      **Attorneys for Plaintiff**
      401 Market Street, Suite 240, American Tower
      Shreveport, Louisiana  71101

I acknowledge receipt of your request that I waive service of a summons in the action of **In re Shelly Landry-Bell**, cause no. MISC-05-30, United States District Court, Western District of Louisiana, Shreveport Division.  I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of the summons and an additional copy of the complaint in this lawsuit by not requiring that I be served with judicial process in the manner provided by Rule 4.

I will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect on the summons or in the service of the summons.

I understand that a judgment may be entered against me if an answer or motion under Rule 12 is not served upon you within sixty (60) days after the date this request was sent.


DATE _____      SIGNATURE _____

                                 TITLE _____

                                 COMPANY NAME _____

## WAIVER OF SERVICE OF SUMMONS

TO:  David A. Szwak
     **Bodenheimer, Jones, Szwak & Winchell, LLP**
     **Attorneys for Plaintiff**
     401 Market Street, Suite 240, American Tower
     Shreveport, Louisiana  71101

I acknowledge receipt of your request that I waive service of a summons in the action of **In re Shelly Landry-Bell**, cause no. MISC-05-30, United States District Court, Western District of Louisiana, Shreveport Division.  I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of the summons and an additional copy of the complaint in this lawsuit by not requiring that I be served with judicial process in the manner provided by Rule 4.

I will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect on the summons or in the service of the summons.

I understand that a judgment may be entered against me if an answer or motion under Rule 12 is not served upon you within sixty (60) days after the date this request was sent.

_____          _____
DATE                             SIGNATURE

                                 _____
                                 TITLE

                                 _____
                                 COMPANY NAME

## DUTY TO AVOID UNNECESSARY COST
## OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of the summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form, serve on the plaintiff's attorney, a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

BODENHEIMER, JONES,
SZWAK & WINCHELL,
LLP
ATTORNEYS AT LAW
401 MARKET STREET
SUITE 240
SHREVEPORT, LOUISIANA 71101

Various, Inc.,
C/o Andrew B. Conru,
445 Sherman Ave., Ste. T,
Palo Alta, California 94306

CERTIFIED MAIL

7002 1000 0004 7426 4018

| | |
|---|---|
| Subj: | **Re: Checking on status of Shelly Landry-Bell v. Various; service on Zach Wilhlem** |
| Date: | 5/6/2007 11:53:40 AM Central Daylight Time |
| From: | ira@techfirm.net |
| To: | BJKS1507@aol.com, help@pfiserves.com |
| CC: | blp@blpld.com, ira@techfirm.com, ira@techfirm.org, Mark_Hornsby@lawd.uscourts.gov, jared@techfirm.com |

We defer to our local counsel on these issues.

Ira P. Rothken

----- Original Message -----
From: BJKS1507@aol.com <BJKS1507@aol.com>
To: help@pfiserves.com <help@pfiserves.com>
Cc: blp@blpld.com <blp@blpld.com>; ira@techfirm.com <ira@techfirm.com>; Ira P. Rothken; ira@techfirm.org <ira@techfirm.org>; Mark_Hornsby@lawd.uscourts.gov <Mark_Hornsby@lawd.uscourts.gov>
Sent: Sun May 06 10:05:42 2007
Subject: Checking on status of Shelly Landry-Bell v. Various; service on Zach Wilhlem

Please call/write and let me know how it is going.

We have an upcming status conference with the court and we need information on service status since additional German translation was sent to you per German government request. Thanks.

David A. Szwak
Bodenheimer, Jones & Szwak, LLC
509 Market Street, 7th Floor
United Mercantile Bank Building
Shreveport, Louisiana 71101
318-221-6444
Fax 221-6555

Chairman, Consumer Protection Section
Louisiana State Bar Association
www.MyFairCredit.com <http://www.a.myfaircredit.com/>
www.MyFairDebt.com <http://www.myfairdebt.com/>
www.maxedoutmovie.com <http://www.maxedoutmovie.com/>
Maxed Out - Promo Link <http://www.youtube.com/watch?v=YiOVNWoWTAU>
Maxed Out--The Lawyer <http://www.youtube.com/watch?v=dHEn3UsHP0A>
Maxed Out Trailer - Documentary by James D. Scurlock <http://www.youtube.com/watch?v=UJJQiEn329Y>
** Check out the Dispute Forums at MyFairCredit.com
and MyFairDebt.com

See what's free at AOL.com <http://www.aol.com?ncid=AOLAOF00020000000503> .



EXHIBIT
C

Subj:   **Re: Checking on status of Shelly Landry-Bell v. Various; service on Zach Wilh...**
Date:   5/6/2007
To:     ira@techfirm.net, help@pfiserves.com
CC:     blp@blpld.com, ira@techfirm.com, ira@techfirm.org, Mark_Hornsby@lawd.uscourts.gov, jared@techfirm.com

In a message dated 5/6/2007 11:53:40 AM Central Daylight Time, ira@techfirm.net writes:

> We defer to our local counsel on these issues.
>
> Ira P. Rothken

Thanks Ira. This was merely FYI.

Could you please update us and the court about the information contained in your client's records regarding the identity and method which the data was posted. Your separate email today stated no credit card number was used. Did your client get a check? Certified funds? Personal ID data? What authentication data was received, if any? I do not understand the 'cat and mouse' game being played by Various, Inc., regarding the identity of the individual making certain postings about my client. What gives?

David A. Szwak
Bodenheimer, Jones & Szwak, LLC
509 Market Street, 7th Floor
United Mercantile Bank Building
Shreveport, Louisiana 71101
318-221-6444
Fax 221-6555

Chairman, Consumer Protection Section
Louisiana State Bar Association
www.MyFairCredit.com
    ra@Debt.com
jdk@FairRemove.com
Maxed Out - Promo Link
The Credit & Fraud Lawyer
David's Anti Fraud - Documentary by James D. Scurlock
** Check out the Dispute Forums at MyFairCredit.com
and MyFairDebt.com

Subj:     **We still have not received the information Magistrate asked Various to provide**
Date:     5/6/2007
To:       blp@blpld.com
CC:       ira@techfirm.com, ira@techfirm.net, ira@techfirm.org

Could you please send me all of the information you obtained regarding the person who opened the subject account....name, credit card #, credit card company, email address[es], other demographic data, phone number [s], etc.?  Thanks.

David A. Szwak
Bodenheimer, Jones & Szwak, LLC
509 Market Street, 7th Floor
United Mercantile Bank Building
Shreveport, Louisiana 71101
318-221-6444
Fax 221-6555

Chairman, Consumer Protection Section
Louisiana State Bar Association
www.MyFairCredit.com
www.MyFairDebt.com
www.maxedouttne.ie.com
Maxed Out - Promo Link
Maxed Out -The Lawyer
Maxed Out - The Documentary, James D. Scurlock
** Check out the Dispute Forums at MyFairCredit.com
and MyFairDebt.com

**Subj:** **Re: We still have not received the information Magistrate asked Various to provide**
**Date:** 5/6/2007 11:55:21 AM Central Daylight Time
**From:** ira@techfirm.net
**To:** BJKS1507@aol.com, blp@blpld.com
**CC:** ira@techfirm.com, ira@techfirm.org, jared@techfirm.com

Apparently no credit card information was provided.

Ira P. Rothken

----- Original Message -----
From: BJKS1507@aol.com <BJKS1507@aol.com>
To: blp@blpld.com <blp@blpld.com>
Cc: ira@techfirm.com <ira@techfirm.com>; Ira P. Rothken; ira@techfirm.org <ira@techfirm.org>
Sent: Sun May 06 10:07:37 2007
Subject: We still have not received the information Magistrate asked Various to provide

Could you please send me all of the information you obtained regarding the person who opened the subject account....name, credit card #, credit card company, email address[es], other demographic data, phone number [s], etc.?  Thanks.

David A. Szwak
Bodenheimer, Jones & Szwak, LLC
509 Market Street, 7th Floor
United Mercantile Bank Building
Shreveport, Louisiana 71101
318-221-6444
Fax 221-6555

Chairman, Consumer Protection Section
Louisiana State Bar Association
www.MyFairCredit.com <http://www.myfaircredit.com>
www.MyFairDebt.com <http://www.myfairdebt.com>
www.maxedoutmovie.com <http://www.maxedoutmovie.com/>
Maxed Out - Promo Link <http://www.youtube.com/watch?v=YiOVNWoWTAU>
Maxed Out–The Lawyer <http://www.youtube.com/watch?v=dHEh3UsHP0A>
Maxed Out Trailer - Documentary by James D. Scurlock <http://www.youtube.com/watch?v=UJJQiEn329Y>
** Check out the Dispute Forums at MyFairCredit.com
and MyFairDebt.com

See what's free at AOL.com <http://www.aol.com?ncid=AOLAOF00020000000503> .

*Shelly Landry*
*Bell*

Subj:   **Re: We still have not received the information Magistrate asked Various to pr...**
Date:   5/6/2007
To:     ira@techfirm.net
CC:     blp@blpld.com

Ira, Your client received a check or certified funds or did they post this pro bono, absent any information on file?  I mean, come on, now your client is claiming they have no information about who posted it?

David A. Szwak
Bodenheimer, Jones & Szwak, LLC
509 Market Street, 7th Floor
United Mercantile Bank Building
Shreveport, Louisiana 71101
318-221-6444
Fax 221-6555

Chairman, Consumer Protection Section
Louisiana State Bar Association
www.MyFairCredit.com
www.MyFairDebt.com
www.maxedoutmovie.com
Maxed Out - Promo Link
Maxed Out - The Lawyer
Maxed Out Trailer - Documentary by James D. Scurlock
** Check out the Dispute Forums at MyFairCredit.com
and MyFairDebt.com

Subj:     **Re: We still have not received the information Magistrate asked Various to pr...**
Date:     5/6/2007
To:       ira@techfirm.net
CC:       blp@blpld.com, jared@techfirm.com, ira@techfirm.com

In a message dated 5/6/2007 12:02:58 PM Central Daylight Time, ira@techfirm.net writes:

> You already subpoened this information and it was provided pursuant to such subpoena - did you see
> credit card data on what was provided? I didn't see it. Let me know if you disagree.

Please re-fax it and verify that your client has no such information.  Thank you.

David A. Szwak
Bodenheimer, Jones & Szwak, LLC
509 Market Street, 7th Floor
United Mercantile Bank Building
Shreveport, Louisiana 71101
318-221-6444
Fax 221-6555

Chairman, Consumer Protection Section
Louisiana State Bar Association
www.MyFairCredit.com
www.MyFairDebt.com
www.maxedoutmovie.com
Maxed Out - Promo Link
Maxed Out - The Lawyer
Maxed Out Trailer - Documentary by James D. Scurlock
** Check out the Dispute Forums at MyFairCredit.com
and MyFairDebt.com

Subj:    **Fwd: We still have not received the information Magistrate asked Various to p...**
Date:    5/6/2007
To:      blp@blpld.com


David A. Szwak
Bodenheimer, Jones & Szwak, LLC
509 Market Street, 7th Floor
United Mercantile Bank Building
Shreveport, Louisiana 71101
318-221-6444
Fax 221-6555

Chairman, Consumer Protection Section
Louisiana State Bar Association
www.MyFairCredit.com
www.MyFairDebt.com
www.maxedoutmovie.com
Maxed Out - Promo Link
Maxed Out--The Lawyer
Maxed Out Trailer - Documentary by James D. Scurlock
** Check out the Dispute Forums at MyFairCredit.com
and MyFairDebt.com



# BODENHEIMER, JONES, SZWAK & WINCHELL

LLP

ATTORNEYS AT LAW

401 MARKET STREET, SUITE 240
SHREVEPORT, LOUISIANA 71101
TELEPHONE (318) 424-1400
FACSIMILE (318) 424-1476
www.bjswlaw.com

DAVID A SZWAK
MARY E. WINCHELL

G.M. BODENHEIMER (1994)
J.W. JONES (2003)

OF COUNSEL
JAMES P. BODENHEIMER

June 27, 2005

General Counsel, Various Inc.
445 Sherman Avenue, Suite C
Palo Alto, CA 94306

**EXHIBIT**
*D*

Re:     Profile of "Shelly Hand7897"
        Found on: AdultFriendFinder.com, Dating-Review.co.uk, Passion.com, Alt.com,
        KoreanFriendFinder.com, SeniorFriendFinder.com

To Whom It May Concern:

I am writing with regard to a recent posting of my client's picture and personal information on your websites referenced above. Shelly Hand, now Shelly Landry-Bell, was notified by a friend that her photo was posted on your website named AdultFriendFinder.com. Ms.Hand soon discovered, in addition to the photo, numerous postings regarding her personal information on the site as well. Shelly immediately contacted your company with demands that the photo and personal information be removed. Eventually, the photo and information was removed from AdultFriendFinder.com. Just recently, we discovered Shelly's personal information on numerous other websites your company owns including but not limited to the various websites referenced above.

I requesting that all information and photos of Shelly Hand (Landry-Bell) contained in the profile mentioned above, or any other profile your files may contain, be removed from any and all of your websites immediately. Furthermore, I am requesting that you send me any and all information relevant to this situation including but not limited to the name or names of the persons responsible for the posting of my clients photo and personal information within seven days from receipt of this letter. Please contact me with any questions you may have.

Sincerely,

David A. Szwak

ds/rlh

Subj:   **Re: Shelly Landry-Bell v. Various, et al Final for Signature**
Date:   6/21/2006
To:     ira@techfirm.net, ira@techfirm.com, ira@techfirm.org, blp@blpld.com
CC:     jared@techfirm.com, hal@techfirm.com

In a message dated 6/21/2006 3:25:51 PM Central Daylight Time, ira@techfirm.net writes:

> Besides we already responded to your subpoena so you have all the Various internal document
> allegedly related to plaintiff. We are the ones who will be more impacted by not getting your client's
> disclosures right away.

Ira, We have not received any documents from you. You need to comply or be prepared to have a motion filed
in connection with your failure to do so as ordered. Your cavalier responses are not appreciated.

David A. Szwak
Bodenheimer, Jones & Szwak
509 Market Street, 7th Floor
United Mercantile Bank Building
Shreveport, Louisiana 71101
318-221-6444
Fax 221-6555
www.bjslaw.com

www.MyFairCredit.com **
** Check out the Dispute Forum

www.maxedoutmovie.com/index1.html
** Check Out "Maxed Out," the movie/documentary by Trueworks
Premieres March 11, 2006, at the South By Southwest Film Festival
Check out the clips at the site; I am in the movie!



Subj:    **Re: Shelly Landry-Bell v. Various, et al Final for Signature**
Date:    6/21/2006
To:      ira@techfirm.net, ira@techfirm.com, ira@techfirm.org, blp@blpld.com
CC:      jared@techfirm.com, hal@techfirm.com

In a message dated 6/21/2006 4:34:01 PM Central Daylight Time, ira@techfirm.net writes:

> Where is your client's initial disclosures – please e-mail them to me today and we will email back
> ours....thanks...that should take care of the issue....please change the date of the initial disclosures
> in our last version of the Rule 26 statement to today and sign it and fax it over to my office for filing
> tomorrow....

Why would I send my signature to California to be filed here in Shreveport by tomorrow?  That makes no
sense.  Please send me a faxed signature as I will be filing the document in the court's outbox after 5:00 p.m.
today.  If you fail to send your signature it will be filed with an explanation as to why and a complete copy of the
emails.

David A. Szwak
Bodenheimer, Jones & Szwak
509 Market Street, 7th Floor
United Mercantile Bank Building
Shreveport, Louisiana 71101
318-221-6444
Fax 221-6555
www.bjslaw.com

www.MyFairCredit.com **
** Check out the Dispute Forum

www.maxedoutmovie.com/index1.html
** Check Out "Maxed Out," the movie/documentary by Trueworks
Premieres March 11, 2006, at the South By Southwest Film Festival
Check out the clips at the site; I am in the movie!

Subj:   **Fwd: Shelly Landry-Bell v. Various, et al**
Date:   6/20/2006
To:     ira@techfirm.net, ira@techfirm.comm, ira@techfirm.org, jared@techfirm.com, hal@techfirm.com
CC:     blp@blpld.com

Ira, I have not received any response from your firm on the draft I sent about one week ago after Ben and I met/conferred.  This item must be filed.  If you return it with substantial changes at the last minute, I will not be happy.  Would you just permit Ben to look it over and edit it, if need be?  It is a really basic item that does not need to be over-lawyered.

Thanks.

David A. Szwak
Bodenheimer, Jones & Szwak
509 Market Street, 7th Floor
United Mercantile Bank Building
Shreveport, Louisiana 71101
318-221-6444
Fax 221-6555
www.bjslaw.com

www.MyFairCredit.com **
** Check out the Dispute Forum

www.maxedoutmovie.com/index1.html
** Check Out "Maxed Out," the movie/documentary by Trueworks
Premieres March 11, 2006, at the South By Southwest Film Festival
Check out the clips at the site; I am in the movie!

Subj:     **Re: Shelly Landry-Bell v. Various, et al**
Date:     6/21/2006
To:       ira@techfirm.net, ira@techfirm.com, ira@techfirm.org, blpld@softdisk.com, blp@blpld.com
CC:       jared@techfirm.com, hal@techfirm.com

In a message dated 6/21/2006 2:42:23 AM Central Daylight Time, ira@techfirm.net writes:

> Here attached in rtf format and manifested below is a revised version with our changes -- please call
> me at 415-260-1718 around 10 am PST on Wednesday to discuss and finalize. We are somewhat
> flexible and still have thorny issues to discuss especially the military unavailability, stay issues, and
> discovery issues. Please let us know if you have any questions. Thanks,

Just as I suspected, you have taken a very simple report and over-lawyered it to death.

I cannot agree on what you have written.  Further, it is not in a compatible format so I cannot even copy and
append text which would be your statements you seek to include in the report.  Further, you have waited until
the 11th hour to send your edits so as to make it even more difficult.  Once again, I would ask that you permit
your local counsel to handle this matter so we can get it filed timely.

David A. Szwak
Bodenheimer, Jones & Szwak
509 Market Street, 7th Floor
United Mercantile Bank Building
Shreveport, Louisiana 71101
318-221-6444
Fax 221-6555
www.bjslaw.com

www.MyFairCredit.com **
** Check out the Dispute Forum

www.maxedoutmovie.com/index1.html
** Check Out "Maxed Out," the movie/documentary by Trueworks
Premieres March 11, 2006, at the South By Southwest Film Festival
Check out the clips at the site; I am in the movie!

Subj:   **Re: Shelly Landry-Bell v. Various, et al Final for Signature**
Date:   6/21/2006
To:     ira@techfirm.net, ira@techfirm.com, ira@techfirm.org, blp@blpld.com
CC:     jared@techfirm.com, hal@techfirm.com

In a message dated 6/21/2006 3:25:51 PM Central Daylight Time, ira@techfirm.net writes:

> Cannot agree to that.....since we would be in non-compliance the second we sign it....my staff is on vacation and given the serious stay issue which you disclosed I doubt any fair minded judge will order only some of the parties to provide disclosures while Wilhelm does not have to since he is in the military.

Okay, Ira, you cannot decide to alter the Judge's deadline.  As for your editing, over and over again, the 26[f], I have provided you the version which accurately reflects the Judge's order.  If you do not sign it, I will sign it and file it with the entire set of emails showing your unwillingness to comply.

David A. Szwak
Bodenheimer, Jones & Szwak
509 Market Street, 7th Floor
United Mercantile Bank Building
Shreveport, Louisiana 71101
318-221-6444
Fax 221-6555
www.bjslaw.com

www.MyFairCredit.com **
** Check out the Dispute Forum

www.maxedoutmovie.com/index1.html
** Check Out "Maxed Out," the movie/documentary by Trueworks
Premieres March 11, 2006, at the South By Southwest Film Festival
Check out the clips at the site; I am in the movie!

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

IN RE                            CIVIL ACTION NO.
SHELLY LANDRY-BELL

PETITION UNDER
FED. R. CIV. PROC. 27

## A F F I D A V I T

STATE OF LOUISIANA
PARISH OF CADDO

BEFORE ME, the undersigned Notary Public, personally came and appeared **SHELLY LANDRY-BELL**, a major domicilary of Caddo Parish, Louisiana, who after being duly sworn did despose and state, upon personal knowledge, as follows;

She is the peritioner in this cause and the facts stated in the Petition are true and correct to the best of her knowledge. She is a major domiciliary of Caddo Parish, Louisiana. She seeks authority from this Honorable Court to proceed with pre-civil action discovery. The anticipated defendants are Various, Inc. A California corporation, which operates various web sites, over the internet, and which are made available for interactive entry and display in Louisiana, which include but are not limited to: www.adulftriendfinder.com, www.dating-review.co.uk, www.passion.com, www.alt.com, www.koreanfriendfinder.com, and www.seniorfreindfinder.com. and Zach Wilhelm, a non-Louisiana domiciliary and United States military personnel, believed to be stationed at an unknown location in Germany. Various Inc., is located at 445 Sherman Ave., Ste. C, Palo Alto, California 94306. She has never posted her personal information or picture to any web sites operated by anticipated defendant, Various Inc. She recently received a phone call from a male asking her about her purported adult content-based ad posting on www.adultfriendfinder.com. She was shocked, angered and dismayed to learn that an entire section of false information was displayed by anticipated defendant Various Inc., about her and displayed her true former married name "Shelly Hand" in connection with the posting and user name. The display made many false statements

**SHELLY LANDRY-BELL**

[6]

EXHIBIT

about her.  The display contained her real picture [clothed] but the site display suggested that she would engage in lewd and obscene acts of perversion.  She has learned that similar postings have been made to numerous web sites operated by anticipated defendant, Various Inc. Her privacy has been invaded.  She believes that anticipated defendants improperly posted false information about her and republished that false information on to third parties, including persons who she would not seek to have any contact.  Anticipated defendant Wilhelm has historically harassed her and her husband and she has reason to believe that Wilhelm may be involved in this matter.  She is in the process of investigating the facts underlying her anticipated action.  She and her counsel contacted anticipated defendant Various Inc., and inquired about how her picture and name appeared in the offensive web sites operated by anticipated defendant Various Inc., however anticipated defendant has refused to provide any information about the display absent legal process being served upon them.  Anticipated defendant Wilhelm cannot be located.  She is currently unable to complete a proper Rule 11 investigation and seeks the right to conduct discovery before commencing a civil action.  She seeks to determine: [1] the identities of all persons responsible for posting the false information about her to the web site; [2] authentication procedures used by anticipated defendant; [3] the identities and email addresses of persons who have viewed the offensive postings; [4] the email communications directed to the posted page from third parties; [5] the manner in which anticipated defendant came into possession of her real name and real [clothed] photograph; [6] the nature and extent of Wilhelm's involvement. Other facts may be developed pre-suit should this Honorable Court permit the discovery sought.  She intends to depose anticipated defendants and third persons whose identities are disclosed by anticipated defendant or whose identities otherwise become available as connected persons.  She seeks to issue subpoenas and notices of deposition to Various Inc. and Zach Wilhelm.

_____
SHELLY LANDRY BELL

SWORN TO AND SUBSCRIBED BEFORE ME this the ___30___ day of June, 2005.

_____
NOTARY PUBLIC

[7]