UNITED STATES DISTRICT COURT
IN AND FOR THE WESTERN DISTRICT OF LOUISIANA
Shreveport Division

SHELLY LANDRY-BELL,

          Plaintiff,

Versus                                 Civil Action No.
                                      CV05-1526-S

VARIOUS INC., ET AL,         **JURY DEMANDED**
          Defendants.           JUDGE STAGG

## ORDER

CONSIDERING THE FOREGOING MOTION, ANY OPPOSITION THERETO, THE RECORD, LAW, EVIDENCE AND ARGUMENT:

    IT IS HEREBY ORDERED THAT Plaintiff's PLAINTIFF'S MOTION TO COMPEL VARIOUS, INC., AND REQUEST FOR SANCTIONS AND REQUEST FOR EXPEDITED CONSIDERATION is GRANTED and the court will issue a separate opinion addressing the issues raised herein.

    Shreveport, Louisiana, this the ____ day of _____, 2007.

_____
J U D G E