

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### SHREVEPORT DIVISION

| | |
|---|---|
| **SHELLY LANDRY-BELL** | **CIVIL ACTION NO. 5:05CV1526** |
| **VERSUS** | **JUDGE STAGG** |
| **VARIOUS INC, ET AL** | **MAGISTRATE JUDGE HORNSBY** |

### NOTICE OF MOTION(S)

The **Motion to Compel, Motion for Sanctions (Doc. 50)** filed by Shelly Landry-Bell on July 31, 2007 will be submitted to the Honorable Mark L. Hornsby on the September 4, 2007, Motion Day at Shreveport, Louisiana. A written ruling or recommendation will be issued in due course.

### Deadlines

Any party who opposes the motion may file a memorandum in opposition within 15 calendar days from the date of this notice. The movant may file a reply memorandum, without leave of court, within 7 business days after the memorandum in opposition is filed. LR 7.8W governs the length of the memoranda.

### Courtesy Copies Required

A paper courtesy copy of the motion, opposition, and reply brief must be delivered to chambers promptly after filing. The mailing address is 300 Fannin St., Suite 4300, Shreveport, LA 71101.

### No Oral Argument

It is the policy of the Court to decide motions on the basis of the record without oral argument. Briefs should fully address all pertinent issues. All parties will be notified if the Court finds oral argument is necessary.

Date of Notice:   August 7, 2007.

ROBERT H. SHEMWELL
CLERK OF COURT

COPY SENT
DATE:     August 7, 2007
BY:       cas
TO:       MLH