UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| SHELLY LANDRY-BELL | CIVIL ACTION NO. CV05-1526 S |
| VERSUS | JUDGE STAGG |
| VARIOUS, INC. and ZACH WILHELM | MAGISTRATE JUDGE HORNSBY |

JOINT MOTION FOR A PROTECTIVE ORDER

**(EXPEDITED REQUEST FOR CONSIDERATION
IN LIGHT OF SCHEDULED DISCOVERY)**

NOW INTO COURT, through undersigned counsel, come Plaintiff Shelly Landry-Bell and Defendant Zachary Wilhelm and move the Court for a protective order as follows:

1.

Plaintiff's counsel has subpoenaed from America Online ("AOL") certain records that may or may not exist concerning accounts in the name of Defendant Zachary Wilhelm. Plaintiff has subpoenaed from AOL credit card account numbers that may have been utilized by Defendant Wilhelm to pay for any AOL accounts he may have held. The subpoenas *duces tecum* issued by Plaintiff's counsel are returnable on August 22, 2007 at the AOL headquarters in Dulles, Virginia.

2.

Defendant Wilhelm is concerned about any credit card information that may be in the hands of AOL being disseminated widely for obvious financial privacy and security reasons.

3.

After consultation with undersigned counsel, Plaintiff's counsel has agreed to the entry of a protective order by which any information concerning credit card accounts in the name of or associated with Zachary Wilhelm which are obtained during discovery in this case shall not be filed in the record except under seal and that such information shall not be released or divulged to anyone other than counsel for the parties, any expert consultants retained by counsel for any of the parties, the credit card issuing company involved (in the event Plaintiff seeks further information concerning any credit card accounts disclosed during discovery the account numbers for which are in the name of or associated with Zachary Wilhelm), Defendants Wilhelm and Various, Inc. and necessary court personnel (including court reporters during discovery depositions).

4.

Defendant Various, Inc. does not join in this Joint Motion but has indicated, through counsel, that they do not oppose the entry of the protective order being sought herein.

WHEREFORE Plaintiff and Defendant Zachary Wilhelm pray that the Court enter a protective order in the form and substance of the attached order, which has been reviewed by and approved by all parties to the captioned matter.

Respectfully submitted,

509 Market Street, 7th Floor  
United Mercantile Bank Building  
Shreveport, LA 71101  
(318) 221-6444  
fax (318) 221-6555  
BJKS1507@aol.com

BODENHEIMER, JONES & SZWAK, LLP

BY:__/signed/_____  
    DAVID A. SZWAK, La. Bar No. 21157  
    Counsel for Plaintiff, SHELLY LANDRY-BELL

| | |
|---|---|
| 2124 Fairfield Avenue<br>Shreveport, LA 71104<br>(318) 221-1600<br>fax (318) 425-1256<br>john.odom@jodplaw.com | JONES, ODOM, DAVIS & POLITZ, L.L.P.<br><br><br><br>BY:_____/signed/_____<br>     JOHN S. ODOM, JR., La. Bar No. 10163<br>     Counsel for Defendant, ZACH WILHELM |

CERTIFICATE OF SERVICE

I certify that copies of the foregoing Joint Motion for a Protective Order have been served on all counsel of record by the ECF notification system of the United States District Court for the Western District of Louisiana, on August 9, 2007.

_____/signed/_____
John S. Odom, Jr.
Counsel for Zachary Wilhelm