UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| SHELLY LANDRY-BELL | CIVIL ACTION NO. CV05-1526 S |
| VERSUS | JUDGE STAGG |
| VARIOUS, INC. and ZACH WILHELM | MAGISTRATE JUDGE HORNSBY |

MEMORANDUM IN SUPPORT OF
JOINT MOTION FOR A PROTECTIVE ORDER

**(EXPEDITED REQUEST FOR CONSIDERATION
IN LIGHT OF SCHEDULED DISCOVERY)**

MAY IT PLEASE THE COURT:

In the course of discovery in this case, Plaintiff's counsel is seeking certain information from America On Line via subpoena *duces tecum* concerning accounts that may have been in existence attributable to Defendant Zachary Wilhelm. Among the information sought by the subpoenas *duces tecum* is a request for credit card account numbers and information for accounts bearing Defendant Wilhelm's name.

Defendant Wilhelm is concerned that, given the particular allegations in this case, which are familiar to this Court, if the credit card account numbers are disclosed without a protective order in place, there may be the very real chance of identity theft or other financial harm to him. Plaintiff's counsel does not oppose the entry of a reasonable protective order, such as the one submitted with the Joint Motion for a Protective Order, and agrees that it would provide reasonable and necessary protections for Defendant Wilhelm.

Counsel for Plaintiff and Defendant Wilhelm have agreed on the wording of the proposed Protective Order and show that it would afford access to the credit card account numbers and information pertaining to Defendant Wilhelm to counsel, witnesses at Various, Inc. (the other defendant in this case), expert witnesses retained by any party, the credit card companies involved and court personnel involved in the discovery process (including court reporters for depositions).

Defendant Various, Inc., through their counsel, was consulted and declined to join in the Joint Motion for a Protective Order, but indicated that they did not object to the entry of the proposed Protective Order. That fact is reflected in paragraph 4 of the Joint Motion for a Protective Order.

For the foregoing reasons, Plaintiff and Defendant Wilhelm request the Court to enter the Protective Order forthwith so that any information disclosed during pending discovery will be adequately safeguarded.

Respectfully submitted,

509 Market Street, 7th Floor
United Mercantile Bank Building
Shreveport, LA 71101
(318) 221-6444
fax (318) 221-6555
BJKS1507@aol.com

BODENHEIMER, JONES & SZWAK, LLP

BY:__/signed/_____
   DAVID A. SZWAK, La. Bar No. 21157
   Counsel for Plaintiff, SHELLY LANDRY-BELL

2124 Fairfield Avenue
Shreveport, LA 71104
(318) 221-1600
fax (318) 425-1256
john.odom@jodplaw.com

JONES, ODOM, DAVIS & POLITZ, L.L.P.

BY:_____/signed/_____
   JOHN S. ODOM, JR., La. Bar No. 10163
   Counsel for Defendant, ZACH WILHELM

CERTIFICATE OF SERVICE

I certify that copies of the foregoing Joint Motion for a Protective Order have been served on all counsel of record by the ECF notification system of the United States District Court for the Western District of Louisiana, on August 9, 2007.

    /signed/
John S. Odom, Jr.
Counsel for Zachary Wilhelm