UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

SHELLY LANDRY-BELL                         CIVIL ACTION NO. CV05-1526 S

VERSUS                                     JUDGE STAGG

VARIOUS, INC. and ZACH WILHELM             MAGISTRATE JUDGE HORNSBY

PROTECTIVE ORDER

Pursuant to the Joint Motion for a Protective Order filed herein, the Court having considered the sensitivity of credit card account numbers and information and the need for financial privacy and security for Defendant Zachary Wilhelm and the agreement of the parties to the entry of a protective order,

IT IS ORDERED that a protective order is entered, binding on all counsel and the parties hereto, as follows:

1. Any credit card account information, including account numbers, concerning any credit card issued to or associated with Zachary Wilhelm shall not be disseminated to anyone other than counsel for the parties, any expert consultants retained by counsel for any of the parties, the credit card issuing company involved (in the event Plaintiff seeks further information concerning any credit card accounts disclosed during discovery the account numbers for which are in the name of or associated with Zachary Wilhelm), Defendants Zachary Wilhelm and Various, Inc. and necessary court personnel (including court reporters during discovery depositions).

      2. During the course of the captioned suit, no credit card account information related to Zachary Wilhelm, including account numbers, shall be filed in the record except under seal.

      Order signed in Chambers at Shreveport, Louisiana, this 10th day of August, 2007.

_____  
MARK L. HORNSBY  
United States Magistrate Judge