U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

SEP 1 3 2007

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY
SHREVEPORT

UNITED STATES DISTRICT COURT
IN AND FOR THE WESTERN DISTRICT OF LOUISIANA
Shreveport Division

SHELLY LANDRY-BELL,

           Plaintiff,

Versus                           Civil Action No.
                                     CV05-1526-S

VARIOUS INC., ET AL,         **JURY DEMANDED**

           Defendants.         JUDGE STAGG

### PLAINTIFF'S UNCONTESTED MOTION TO DISMISS SEPARATE DEFENDANT, VARIOUS, INC.

NOW INTO COURT, through undersigned counsel, comes Plaintiff, SHELLY LANDRY-BELL, who respectfully moves this Honorable Court to dismiss her claims against VARIOUS INC., with prejudice, as follows:

1.

Plaintiff has resolved her claims with defendant, VARIOUS, INC., and moves this Honorable Court to dismiss her claims against VARIOUS INC., with prejudice.

WHEREFORE PLAINTIFF PRAYS that this motion be granted and this Honorable Court dismiss her claims against VARIOUS INC., with prejudice.

                                      Respectfully submitted:

                                      **BODENHEIMER, JONES & SZWAK**

                                      By: _____
                                      **DAVID A. SZWAK, LBR #21157**, TA
                                      509 Market Street, Suite 730
                                      United Mercantile Bank Building
                                      Shreveport, Louisiana 71101
                                      (318) 221-6444
                                      FAX 221-6555
                                      **COUNSEL FOR PLAINTIFF**

## CERTIFICATION

I HEREBY CERTIFY that I am counsel of record for Various, Inc., and my client has no opposition to plaintiff's motion to dismiss Various, Inc., pursuant to Fed.R.Civ.Proc. 41, on this the __13__ day of __September__, 2007.

BEN POLITZ

## CERTIFICATE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been mailed, by first class mail, properly addressed, with prepaid postage affixed, to opposing counsel of record, on this the __31__ day of __August__, 2007.

DAVID A. SZWAK

Page -2-