UNITED STATES DISTRICT COURT
IN AND FOR THE WESTERN DISTRICT OF LOUISIANA
Shreveport Division

SHELLY LANDRY-BELL,

                        Plaintiff,

Versus                         Civil Action No.
                                          CV05-1526-S

VARIOUS INC., ET AL,            **JURY DEMANDED**
                  Defendants.     JUDGE STAGG

ORDER OF DISMISSAL AS TO SEPARATE DEFENDANT, VARIOUS, INC.

CONSIDERING THE FOREGOING MOTION AND ORDER:

    IT IS HEREBY ORDERED THAT Plaintiff's motion is GRANTED and plaintiff's claims brought in this lawsuit against separate defendant, VARIOUS, INC., are hereby dismissed, with prejudice, with each party bearing their respective costs.

    Shreveport, Louisiana, this the 17 day of September, 2007.



JUDGE